IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Ædam David Clayman,
Plaintiff

-vs-

Agents and Former Agents Of
The Trustees of the University of Pennsylvania
(and, for the time being,
_____ ,
Defendant(s)
Pease, K.E. (Kensey Erin) [Last Known Name]
Walzer, David, MD )

CASE NO. 1 15 CV 1390

JUDGE Judge Nugent
Mag. Judge Vecchiarelli

Æmended Complaint / Æmended Pleading

Addresses

The Trustees: The Office of the University
1 College Hall, Room 211
Philadelphia, PA 19104-6303
215/898-7005
ofcsec@pobox.upenn.edu
David L. Cohen, Esq., Chair
c/o Kruhly, L.L., V.P. & University Secretary

K.E. Pease: Unknown Address — Unresponsive via Email
Request for Legal Permanent Address,
No Advocate or Other Contact Appointed.
Will try family/school, as necessary.

D.M. Walzer, M.D.: 14 Elliott Ave #9,
Bryn Mawr, PA 19010

Note: Will ~~app.~~ want to request expansion of suit to the Principals and Agents of Facebook, Inc. as well, imminently, for a series of harmful and unreasonable design schema & relational schema choices that constrain human and spiritual development in such a way so as to cause dependency and harm. Will explain in amendment how Pease on Facebook and Clayman off-Facebook led to unreasonable hazards that Penn failed to mitigate. The harm continues. No Dunbar-consistent options or Defriend exercises appear imminent, and both deserve consideration and remedy.

cover sheet prepped J015-07J22R