

her.story Δ⇧ his.story
changes and elevates

her.story ⊇ his.story
is a superset of

her.story ≏ his.story
difference between

her.story ≡ her.story
corresponds to

her.story ⋚ his.story
is equiangular to

his.story ≞ her.story
is measured by

her.story ≢ his.story
is not identical to

her.story ≒ his.story



1: begin reArA=ed ∫ O.E.D. defns. --help:

language [laNGgwij], noun

1 the method of humane and civil communication in a Physical
LANd, either spoken, written, acted, or inacted, consisting of the use
of words | expressions as a means of gauging the world about us in
a structured and IN4 (natural | noble | necessary | +normal) calming
manner : a study of the way children learn langauge II [ as modifier ] :
language development.

• any nonverbal method of expression or communication: a language
of gesture and facial expression.

2 the system of total body, word-brightlered branch communication
used by a particular community or country: the book was translated
into twenty-five languages.

smartcontent.org --help:

# ICE Sublime
# Tree of Life

q: what religion are y⁵ou, Ædam?





hippocratic, humble, hidden, humanitarian hand/s

Åtomics » Ædamics » Abramics » Branch of HHÅÆJ
multiCO|REΔ≒sign, multithread/ed

☐

*"WHERE WO|MAN HAS A WHY, S|HE WILL ENDURE ANY HOW."*

*VIKTOR FRANKL, RE:AUTH.ED IN B|ESSED*
 *JEWISH HOLOCAUST SURVIVOR*
  *RENOWNED PSYCHIATRIST*
   *FOUNDER OF BRANCH LOGIC | LANGAUGE THERAPY (THE LOGOTHERAPY SCHOOL)*

> *No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation[1]*

Before getting into the damages and contract breaches that fueled this dangerously ill logic.ed approach to life, i want to first acknowledge what arose out of the four years of malign.ed and mostly unwanted neural proliferation and Higher Ed ill logic contra-conception i was forced toward, as a result of these contract breaches, and the refelt (resented) impediments toward Front-loaded Medical School ....

1. Healthcare Sign Langauge

2. Color Coded Cause Bracelets for Disputants0

3. "Innocenter vs. Innocentest": Stigma Reduction for Those Presumed Innocent

4. CALM Part-Waves

---

[1] Direct correspondences of which a student is not wrong to expect by Penn's regular invocation of Benjamin Franklin and the Liberties s|he fought to guarantee in University of Pennsylvania Marketing, the use of "Sine Moribus, Leges Vanae" as the University Motto, the acceptance by Dr. Gutmann of the position of Chair of the Presidential Commission on Bioethics, and other Inducements to Contract with the University of Pennsylvania, formally represented as *The Trustees of the University of Pennsylvania*. The taking of "private property for public use" here refers to the invasive neural proliferations necessary for an individual to defend themselves from the unending brutal identity pressure associated with accusation by Agents of *The University of Pennsylvania*, an Institution that is generally held to have earned the reputation of being a Stalwart Defender of Truth and Justice, with all but a few with multiple cores of training capable of (a) perceiving and (b) honorably resisting, in realtime, the seams between image and reality (see *The Shadow University: The Betrayal of Liberty on America's Campuses*, by the Internal Nomic-Academy Pair-wise Critics, *Kors and Silvergate*; and Penn Law Faculty's Recent Generous Publication of an Open Letter on J015-2LIFE, establishing a foothold, for once, for Admissions and Affordable and Arrangeable *Ethos* on Judicial and Judicious Medical Review. In færness, see the *Student Dissent, with 36 Signatories (28 Anon) by the brave (|wreck.less) Turner, et.al.*.).

5.  CALM Currency

6.  B|essed Delta Dialect

7.  Lifesavers Academy Purifications

8.  lifesavers.io KBs

9.  Facisms, and Congressional Racisms

10. Triple Team, Double Team, Castle Congress

11. Sageword Development and Y,Y,Y,Y,Y! (the $Y^5$ Dynamics)

12. "Student Apoptosis" Programmed Student Death (PSD) Ockham's Razors

13. Flag Sentinels, Canaries

14. Student Steep Countsoul

15. Hippocratic Hands

16. Better Primary, Secondary Messenger Drafts

17. Student Steep Countsoul

18. So, so much more

This clearly needs more work, but i will file what i have. Law School attendance will clear this up.

## 1.1  THE IPHONE ADVENTURE

In Julius 007, immediately after Graduation from the Fundamental Issues, Fundamental Tests Program, i found myself in New York City waiting for my new post at Inforte (acquired recently by the Francais firm, Business & Decision) to begin. With a week of time to burn, and little needs beyond remaining available to meet-up friends somewhere Central the City, i walked toward the Apple Store to check my mail. Along the way, i noticed a gentle(man) seated behind a metal stanchion/barricade. This gentle, whom I later came to know as Greg Packer, was talking with an animated interlocutor with Five Finger Webbed Shoes. This is in 007, long before these designs became known in the States to people like me. I stopped to see what the line was about. The gentle standing regaled Greg and the curious i with tales of h|er travels in the World. S|he professed to have visited all but a handful of the U|N Member States as a hedge fund risk manager, and even several hard to access conflict zones like the Hermit Kingdom of North Korea.  Soon, i learned that Greg Packer was here waiting for the arrival of the first iPhone on J007 - Julius 14 ***, and would be waiting for seven days and six nights in the lawn chair for the doors to open. "Where will you eat?" "How will You manage when You need a break?" S|he had an answer for everything. Packer wasn't a rookie; s|he had done this before, and somehow, this queuing is what s|he enjoyed doing. At this point, I could not understand the AEconomics, but I could understand the ae***nthropology: how often do You have a chance to meet an authentic cross-section of persons like this trader through interactions in a city? We were positioned at the Apple Store just a literal stone's throw away from Central Park; everyone in New York flowed through this pavement, and a campout at

this spot would be a perfect site for my friends to come visit periodically. Greg could save my spot for an hour or two when friends come by, and the rest of my time could be spent chatting with people and learning about their lives in New York, like an amateur Studs Terkel. Good deal, i thought.

What's more, i soon learned that the iphone launch would be a major media event. The decision to camp-out was not an immediate, all-in decision; it flowed through the realization that by taking this #3 spot near the start of the line, i would have opportunity to talk to reporters about problems in the world, and direct their attention (and New York's attention) to a non-profit that I cared about: The Taproot Foundation. Kill many birds with one stone: nearly free volunteer cause marketing for a non-profit drafting atop Apple's corporate marketing efforts and the media blitz surrounding it, while forming an easy rendezvous spot for friends in an easy-to-reach, central spot in New York, and meeting interesting strangers. What's not to love?

i met so many interesting strangers. The first few days, the line grew to just sev of Us in line, including a returned soldier from Iraq (working now at a local Popeye's), a young wall street couple taking turns night and day waiting for the release, the inimitable Greg Packer, a Security Officer's sun working for a major country in the UN, and me. A few days in, i got an Inforte Umbrella care package from my excited new employer, Inforte (by this point, we had hit a few front pages), and a local volunteer from Taproot Foundation dropped off T-shirts for the Vanguard to wear. As the line grew further, particularly in the final few days, i made it a goal to learn one fascinating, unusual thing about each of the first 100 people in line. i filled out a sign-up sheet to mark down everyone's place in line, and talked with everyone about not only the surface questions that everyone had been asking, but asking after something much deeper: some tip to the essence of their soul. My absent mentor on this project was Terkel's corpus: *Working*, *Hard Times*, *My American Century*, *Hope Dies Last*… the questions that provoked the finest, most colorful and most thoughtful responses were variations and variants on those of Terkel who, at the time, was still alive, still over a Y☐ear from the fall that ultimately killed h|er. What a life that was. i remember, at the time of the death, resolving to never let another soul like that, with that much pattern influence over me, slip by without encountering them and learning from them in my lifetime. It's a serious thing for someone like me to live in Chicago for five Y☐ears, read four of h|er books, and never meet or try to see Terkel speak.

## 2  HOW I CAME TO HATE COMPLAINING, AND FELL IN LOVE WITH TALKING WITH STRANGERS

- ❖ Ask Unscripted Questions: Medicine is a field where we talk with strangers.
- ❖ Don't Complain: Complaints make everyone's life more miserable. Dr. Gawande describes it as one of the greatest drag forces in team medicine. Complement. Do not vent incautiously, without fair and equal prior reflection. Venting throws everyone off-base.
- ❖ Write: The work of improving in the service of medical health requires reflection.
- ❖ Count: The world is fundamentally numeric. Patients live and die by the Calendar.

❖ Change: Altarations are necessary in this field. Regularly self-finance the time for change. Do not hide Yourself and stonewall from questioning truth-tests, Penn and Pease. The reform work at OSC must go on.

## 2.1 GREETINGSSTRANGER.ORG – HEY, STRANGER!

The iPhone Adventure experience forced me into a rather new degree of appreciation for the positive traits associated with interacting equally and on equal grounds with strangers, night and day. On return to Chicago, starting this new job at Inforte that had, in fact, started with a conversation on a Southwest Plane, i registered "greetingsstranger.org" and built a habit of talking with strangers on planes, trains, and buses. Time never mattered; all that mattered was whether something of common interest could be found. At first, i would write up detailed accounts of those i met, but after getting challenged by someone who took privacy really seriously, i generally stopped writing up the accounts of those i met, and when I did write, i used more generalities and false names. Much of memory was lost, of course, in the privacy transition: like Terkel or the aertist Anna DeVeare Smith, i could recall in such great detail the lives of those that i met, and the lessons and joys that their stories of themselves were built to teach and impart. But privacy rights were more important, and outweighed my concerns, and I could not, for the life of me, find "privacy-publicity rights" pathways that prevented the disturbance of the Narrator's nature and natural story-full-character in telling the Narrator, upfront, that i periodically wrote for this personal blog, Greetings Stranger, on the side, and that our conversation might someday appear. I don't know how Terkel solved the problem day-to-day; I couldn't find the solution, so i stopped writing, but continued "Greetings, Stranger!" in all the ways that i lived.

At some point, i grew discontent with the 17 chars and double "s" in *greetingsstranger.org* and bought the 11 char *heystranger.org*. That became the domain on which my email account, *david@heystranger.org* was hosted, and where i told friends and new acquaintances to contact me. *heystranger.org* was first registered in J008, in the month of Mars, roughly eight months following the iPhone Adventure and the birth of Greetings, Stranger!

## 2.2 ICEBREAK INK: "CALL ME ISHMAEL"

## 2.3 FIND FACETIME, GET SPACETIME

################

# 3   MY FAMILY H|ERSTORY

## 3.1 PHILANTHROPY: THE LOVE OF FELLOW WO|MEN

My paternal grandf***other had always been a giver. Some might call h|er gifts excessive, but the gifts s|he gave were the foundation of the values that i was taught as a child. My Bar Mitzvah in J1999 was held both in the United | States and with my Family in Yisrael, at the Western (Wailing) Wall. I was 12 at the time of the planning; still not an adult under Jewish law. The choice architecture and planning

occurred without me. i would have conserved the funds (cents stewardship was a value impressed on me since the days my Grandfather and i first began to communicate), but my Family was intent on their first sun celebrating at the Wall. While there, to my surprise, the Magen David Adom was insistent on recognizing my Grandparents for a previous Ambulance Purchase they completed for the Magen David Adom[2], Yisrael's version of the International Red Cross, operating in Yisrael under a red (Adom) Shield of David. i remember being told to move for a camera; the rest is a daze.

The Endowment of a Chair of Holocaust Studies was gifted by my Grandfather[3]. There's a Telemedicine Clinic in Youngstown that I first learned of after my Saba's death, and other gifts to Rehabilitation Centers that i learned of at or after the funeral.

My grandf(other) was particularly interested in U|S H|erstory, sponsoring operations of the William McKinley Library in Niles, OH, and the construction of the William McKinley Hh|ome in Niles. The largesse that made this philanthropy possible came from the blood, sweat, and tears of nearly 50 manual laborers who worked for Niles Iron & Metal, Co. In front of the busyness at 700 South Main Street, a larger-than-life sculpture of a scrapper stood watch, welded by Rabbi Rackoff. My grandf(other)'s philanthropy was the work of a calmunity: it was not an individual's endeavor. It is hard to see any work that is worth doing, and any gifts that are worth giving, as the work of an individual. Rabbi Rackoff died at 5. My Grandf(other) died at 19, just before h|er 18th Birthday Anniversary.

My Grandparents can be found in a burial plot beside David the Giver, 80, in Coitsville, OH. Beside their

---

[2] The naming of Magen David Adom is a profound (deep) trace on my choice of Name and Soul on Leap Year J012. The name of the Organization is resonant with a Gift of Life well-known to the same who would know of the Story of the Golem animated by Truth.

Not to put too sharp a point on it, but permit me, please, to invoke G-dwin's right away, as We turn to the Bm#5th Page of Herstory, and get the competing claims of character and final justification between the PResident of Penn, the sun of Holocaust Survivors, and myself out in the open, on the expanded lifesavers Wholocaust imperatives of the Modern Academy: Does the University of Pennsylvania consider or hold gifts such as these to be "excessive" or "excessively attentive" to Herstorical claims and the Duty of Memory to Prevent Instance Recurrences, through the remembrances of Herstory, like that of Pease? Is this not how We were taught to prevent Holocausts and Wholocausts from recurring? Zachor? And "Excessive Gifts"? Why would You break zachor, and break the chain of gift sacrifices that suggest altarations of our ontologies? Can an Institution sustained through heavy, even excess givings such as these, with the associated duties to build then give passed from Generation to Generation, actually accuse one of its own of "excessive gifts" without institutionally-dissonant breakdowns? Is it consistent to accept excess gifts from the Perelman Family and accuse a nascent Clayman Family from submissive and beta gift sacrifices reviewed in advance by a Giving Committee? PResident Guttman, Chair Guttman, Dr. Guttman, why did this happen to me? May i appeal to You through the 2' and 3' Titles, rather than the 1' Title carried? "Unwanted gifts" is so much more fær, clear, falsifiable, and arguably, presuming honest bilateral testimonial and cross-ex rights, always decidable, but was not introduced into the dialectic until the Charge Letter was generated months later, long after the Plaintiff had died the first time, and assuming that the question of whether any particular Gift was wanted or not is subject to conscientious (both in the room "con-" conducting a fær inquiry "-science") review. This would secure the obvious "conscientious caring" N+1 authentication problem in response to "bull"-emotive "I🔲U" responses, for anyone interested in the specificity of LANgauge hearing this following the J009 release of the Frankfurt, et. al. text *On Bullshit* into the literature. The natural, noble, necessary, +normal response was "Genuine. Auth-Ent.ic. Sincere. Bv0.7." i'm reasonably certain it would have passed any Prospective Female Review Board, not just the one i consulted, on Majority Decision Rules. I argued both sides færly and factually, and as well as i could, as the *Pearson, L.* query establishes, and the logic of the LANgauge forced Us toward "Bullshit" testing, in that case, as project.ed or reflexive. And has again, for broken epistemologies.

Grave is a Heisenberg Burial Plot for David Morris, דוד משה, who, having been buried at 75, outsurvived h|er predecessor by 5 full Years. The non|attendance of Dr. Kris Olson and Kensey Erin Pease at the Funeral was super-critical and remains in a super-imposed state. Their decision to fly to Coitsville to interrogate the Body of Evidence together is a matter of perspective; some observers report seeing them at the Funeral, explaining the experiences and claims that led to the death of דוד משה ב death to

Speaking briefly, and at hazard of being wrong (3 Just. Jews, $3^{4.5!}$ Opinions), for Religious and Ethnically Religious Jews as a collective, We usually put gift-giving at the forefront of what We do, We typically understand ourselves to be burdened and b|essed with gift-debt from all those that love (i.e. care for |give toward | educate) Us, and We are constantly working to repay the debt meaningfully, and not fall short in passing it forward to the n+1, n+2, n+3, calmingly the n+4, …., and ultimately, the convergence to the n+7 Generation. Since it's wiser to expect variance up rather than down, and giving is fundamentally variably interpreted on receipt, the feedback loop tends to be "Positive", not "Negative", and growing, not shrinking. We do vent Waste like all human beings must under the 2nd, but this Waste is typically called Ignorance, and We do what We can to substitute that which We lay waste to with ƒTABLE Wisdom.  We try to give anonymously on the Rules of Maimonides, but We fear that if We do, the Young will not have character models to copy, as We know that We are indebted to the adult character models who overwhelmed Us with superior virtue that were available when We were Young (*Drayton, Gates, Jouille, Gutmann, Kass*, and on and on…). We never give with expectation of return: if there's a sense of return, it's to Another or another Generation on "Pay It Forward" dynamics. The Gifts given are Authentications of Reguard, and a Commited Conscience and Concern for the Survival and Sanctity of Others, the Institutions that Moor Society and the World within which we live, and sometimes, the communication of sincere esteem and regard for those We offer gift-sacrifice toward.

Put differently, gifts are a way of revering and recognizing that which we recognize as Good, bringing Us progressively nearer to Hashem; the Gifts given carry the entrails of Ontologies, can be rejected instantly, of course, and a failure of Ontological Understanding or a miscalibrated sense of the salience of Gifts received in the past can confuse the isolated meaning of any Gifts given later, as a token of regard for the debt of prior rounds. This holds for every Donor to The University of Pennsylvania, i would suggest, as it does for me. Eroding the psychology of "excessive gifts" is a self-defeating proposition for any Diverseity seeking to cultivate philanthropic family lines, and the relative philanthropic and romantic gift orientations of two students struggling to figure out where they stand in relation to each other will diverge. All of this would be Better said by my Teachers, the Rabbis, as well as my Teachers, who studied these questions of *Gift* conservatively, and with greater degrees of conservation, than i present.ly have time to gift back, with all the other pre.sents I must, in this draft, deliver. Thesis Quality is relatively high, thanks to the Grace; Thesis Quantity, i.e. Theses Shipp.ed, needs to grow.

Back to my Grandf(other), who was not unusual as an element of Our Struggling People. Most of h|er gifts were given quietly, to recipients who never knew the source; others were given in the memory of my namesake, David Nathan, the Beloved Giver, whose death in J975 (or, for backward compatibility with the Year J2975, J1975) was an ever-lasting grenade to my f(other)'s family life.

After the death, which was explained *ex-post-facto* as a case of "manic depression"[4], my grandf***other was symptomized with "manic depression" (read: hope and despair spectra dysregulation, or HDSD), and was forced into electroconvulsive therapy. No one in h|erstory has ever been diagnosed with manic depression: every manic depression patient has been symptomized. Any other claim associating "manic depression" with the act of "diagnosis" is a verifiable fraud[5].

i do not know if my grandf***other ever questioned the symptomization (as the National Institutes of Mental Health Director would describe it); all i know is that my f***other never questioned it, and that if there was a deeper original cause for my Uncle David's death, the name of my namesake, it was covered with a superstitious belief in a sudden mental disturbance for which no biochemical mechanism of action better than that of standard issue "despair, environmentally induced" or "genetically driven optimism 'experiential peak-end' expectancy set-point variance" has ever been described[6].

Growing up, my f(other) warned me that this dis-ease might appear in me like in my Uncle David. Of course s|he saw me, the namesake, the secondborn sun, and firstborn son, as the first case of this that would present in Our generation. Manic depression was always lurking; i learned from a young age that figuring out the questions of survival that my Uncle left for me would be a major part of what my life had been dedicated toward. My F***other has always been salt of the Earth; raised since age 5 to serve and take over the family scrap yard and recycling busyness, s|he wanted to pass on to me the opportunity to pursue another career, and shielded me always from having to choose, or influencing my

---

[4] The copycat effects of "survival | meaning" failures were just becoming known. My Uncle's Obituary, unlike any modern newspaper printing, still included a mechanism of injury description.

5 i am including Dr. David Walzer on this case for $1 ƒTEAM, just to establish that labelling "manic depression" as a diagnosis rather than a symptomosis is a contract breach and fraud. i have no interest in eliciting defensiveness on h|er part or on the part of any other industrious psychiatrist over enthalpy stewardships over LANgauge re:lock. i understand how "symptomosis" and "diagnosis" could became linguistically confused; i accept that it has been industry standard to commit this rather noxious fraud. i just want the patient pain associated with this obscurement of mechanistic uncertainties and environment dependencies to end, and be replaced with resilience, learned industriousness, countdown s'(ages) (accordion:ed read: ƒTEAM Primed, ƒTEAM Derived Ages), exercise, steep (study and sleep), Hh|ope, Hh|ome, religious branch referrals (religious branches have managed all life stages of Hh|ope and Despair for Centuries), and any other therapies that are Century Wise, in consideration of our sedentary, sleepless, unconcentrated, often unmoored society, filled with nanoscale upheavals requiring Hh|ome and Connectome (rather than genome, proteome, or any other –ome's) attention. One unit case of a psychiatrist accepting through logical force that classing "manic depression" as a diagnosis is a fraud will be sufficiently resettling to bring the conversation on reducing to elimination youth survival testing back into focus, with, i should hope, a rush to find better "canary copycat" defeat mechanisms than the dehydrating "salt pill" treatments used, and a change to the standard q+a protocol of psychiatrists to include such basics as the concensual taking of a social graph and service dev of practices like "gymbuddies contagiously social" guarantees of regular physical exercise that can be evidenced from the salience of losses associated with my loss of classical and romantic friendship in this case. (KP ran; my other half did not. Sustaining my friendship with KP was strictly life-critical, and an exhaustive root review would include weather patterns that i've come to understand by analogy to the *Challenger* O-ring "freeze-up" disaster, which occurred the same Year i was born.)

[6] The obfuscation of "hope-despair" spectrum dysregulation as "manic-depression", and the tolerance of institutional officers and psychiatrists to beat hope-despair cases back and forth from the legal to the medical world like a ping-pong game with this label is at the root of so many institutionalized wicked games that i have suffered through. "Hope-Despair" will naturally arise in a situation where forward progress requires mutually apologetic and mutually defensive coordination between an innocentest and h|er seemingly (but not truly) clueless innocenter and the institution that commits to undertake the innocentest by denying the conversation and herstory testimony upon which h|er life ethic and lifesaver ethics hang.

choice[7]. Speaking of my Uncle David was the only conversation topic that brought h|er to tears. More than once, s|he told me that s|he thought of David the Giver every day. And everyday, i thought of David the Giver on my walk into school: h|er name was enscribed on the Tree of Life at Akiva Academy Day School.

My mother taught me not to ask about Uncle David; it caused my f***other too much pain. My father, for h|er part, always told me that s|he wanted to ask me about my namesake whenever a question came to me. i listened to my mother.

One night I woke up with this dream that my Uncle David died in a car shoot-out; a robbery or illicit college drug deal gone bad. I do not know where this dream came from; surely, a television show the previous eve. But it reflects my search for meaning in the name. The name was at the center of my soul. Knowledge of David the Giver would shed light on the life that i would one day face, and when I came of age, surely I could find some path that pressed past the limits that David had identified, and left for me, as a survival challenge in my adolescence. At the time, I still accepted the notion that David the Giver had a disease, genetically enscribed, that just appeared all of a sudden. In my experience today, it is not genetic disease that is the cause of how or why Canaries die.

My grandf***other, after David the Giver's death, went on a rampage against the store that sold a weapon to h|er sun. It started, I am told, with making war against the store that sold the gun to David the Giver. But it did not end with one store. i am told that s|he was one of those that fought and contributed funding for the advocates and activists who nailed the Brady Bill (the Brady Handgun Violence Prevention Act) into Law in J1993. S|he may have been involved in earlier efforts in Ohio Law. It's the sort of thing my grandf***other would have done, in h|er own modest ways.

In High School, in College, in my Young Professional years in Chicago, there were no signs of manic depression, but there were some "hope-despair" spectra dysregulations… i was an entrepreneur after all, and a social entrepreneur, to boot. It was my job to keep up hope, even in situations that seemed hopeless, in situations where others would quit out of despair for {making money, winning As, being popular, staying conventional, getting home by 8PM}. When the Pascal's Wager applied, I kept working on the Problem. Many of Us live this way, and must live this way, to find, pave, and develop on paths toward the World to Come. We call it "Entrepreneurship", and We cultivate myths and mythos about these People, to keep Calmunity Opportunity flowing. For me, pay was never the primary question. If it were, i might have worked for families, or followed other paths. I was most interested in whether I could make this reassumption of David the Giver's life meaningful[8].

In this submission to the Court, I will begin with writings in Standard, and slowly, through a slow series of transitions, begin the n-action of Blessed Dialect, and the competitive agonism of Peace, and the harder to achieve CALM, in the sense of the Prophet (i.e. the Predictor) Isaiah's promise of a self-

---

[7] Which, of course, left an unusual vacuum around choice of studies, and the relation that my studies would have on my later career or Hh|ousehold impact and later resource and temporal floes for the Stewardship and Teaching roles that i understood had been specified as honorable redoubts from the dust storms of the family busyness.
[8] This reassumption was actually illegal, notably, under Ashkenazi religious custom. No one is permitted to Name a sun after a survival | meaning failure, and i can attest that the ban on the immediate passage is for a good reason: it carries the unanticipated effect of imprinting a more "trigger-ready" series of reflections over the meaning of life, and the rule violation opens a hole in the religious law. For someone who thinks as formally as I do, that is an important exception case to close.

correcting world-state that bears confidence forever, a promise that holds purchase in all branches of the Hippocratic, Humanitarian Hearth Family Faith Tree.

> *"... They will beat their swords into plowshares and their spears into pruning hooks. Nation will not take up sword against Nation, neither shall they train for War anymore. ... For the work of the Righteous shall be Peace, and the effect of the Righteous, Calm and Confidence forever."* – Isaiah 2:4; 32:17

This submission concerns the series of events that led to my death, and my near-death experiences, both physical and spiritual-motivational, in J010 and J011, as extended through deliberate Institutional N-action into the Pre.sent Day, through the J011-07M-18D attacks by K.O. and the abject refusal of the University of Pennsylvania to allow me to testify at a reasonably even level as the Defendant, Pease, or have her testify as a Witness, as the Contracts clearly stated i would be allowed. These Decisions constitute intentional infliction of logical distress and logically emotional distress, by failing to cut the search space on memory or settle some rather basic questions of fact at critical turning points in the Narrative. The experiences that I encountered have left me in an alive-dead, dead-alive Schrodinger state, wherein under examination, I can speak to the motives and mechanisms that bring about the apoptotic death of a citizen, David Morris | Moses Clayman (known to Kensey Erin Pease in first correspondence as david@heystranger.org) and the efforts of a major institution and a family head to mutually coordinate the dishonest (and in the case of my f(other), the naïve) cover-up[9] of my multiple experiences with receipt of apoptotic ill-logic and "purposelessness" signal, explained falsely and recklessly later as a "manic-depressive" genetic defect, rather than for what it was: an effort by an Institution to avoid the Responsibility of determining, through a fundamentally FR procedure, in which The Trustees of The University of Pennsylvania refused responsibility for describing and prescribing (R) a Fair Disclosure Protocol that would procedurally protect Graduate School Training Accessibility in the course of the innocentesting process convened under the Contracts that The Trustees of The University of Pennsylvania asked that I agree to as a consequence of enrollment and later, as the consistently Stronger Party, pressed and enforced to general advantage, as a broken expedient to the justice that was guaranteed to Us at birth under Benjamin Franklin's involvement in the Securement of the Rights and Liberties enshrined in the U|S Constitution, including the right to confront Your accuser, the right to call witnesses to testify on Your behalf, the right to a speedy trial[10], the right to a list of all charges and

---

[9] Aware of the "copycat effect" of survival testing reports, the Plaintiff can appreciate the impulse of institutions, journalists, "suicidologists" (survivorship | growth-failure studies), practicing psychiatrists, and the courts to accept vague diagnosis of "manic depression" post-mortem in cases such as these. No one would want to arrange a society in which there was anything to gain by apoptosis; such a world could lead, as it has in the past, to copycat survival attempts. To date, the copycat effect and survivor and surviving institutional guilt has been reduced or allayed with automatic inclusion of survivals in the "diagnostic" criteria of the DSM's "manic-depression" confusion matrices. The Plaintiff argues that this is an irresponsible way of handling the apoptosis, and that other mechanisms are available at hand to both root-cause and solve the origins of each canary death, and obviate the social impulse toward canary cries as the last outcry from modern institutions' apoptotic signaling with a "Ceremonious Flag Burner" Sentinel System, of the sort that would have been exercised with or without counsel prompt and would have logged the basis of claims toward identity-pain-ending self-violence, guarding Browder, K., Swarz, A.H., Clementi, T., and Clayman, D.M., if not also Zhitomorskiy, I. and Clayman, D.N.

[10] Granted, the right to a speedy trial is regularly eroded and reinterpreted by the State and Federal Legislatures, as well as the State and Federal Courts to the point of unsurprising citizen-killing apoptoses, as a result of dynamics that unduly strip students of their image of place within the future, like that of Kalief Browder, who began and ultimately failed a series of canary survival cries after experiencing "over 1,000 days" without trial in detention on

normative claims for which a convened normative body can find and imprint official fault with the innocentest (namely, the uncharged accusation by the Panel that I, though not responsible for harassment, could be pinned without so much as questioning or decrypting my herstory and history with Pease, K. physically and facially (for nonverbal microtonality dy.quilibrium exchanges), or even sonically present in run-time, with conduct that was "annoying, unusual, and lacking [rather than, say, "excelling"] in judgment", without ever having been separately charged with "Annoying Conduct", "Unusual Conduct", or "Conduct Lacking in Judgment".

I was not prosecuted as a result of aspects of malevolence buried in my personal character. If you go back far enough, you'll find that i was prosecuted for being Jewish, and for my previous exposure to and deep study of Rousseau's Emile, my candor and considerable perplexity at the nonobvious (a traditional virtue of scholars), my study of Human Being and Citizen at The University of Chicago, with the Humanities complicating and deepening my sense of the categories of love and friendship that stand outside that common in monolingual instant modern Facebook English thought, and my more recent exposures to the crystallization of Stendhal, and the submissive, resigned, "genuine, authentic, and sincere" beta 0.7 crystallization of chocolate. I was prosecuted for giftgiving, attacked for exactly that which was embedded in my soul from the day of my name-giving, having inherited the soul of my Uncle, beloved gift. I was prosecuted for reading of and believing in courtship in a calumnity that only supported quick hook-up culture, and I was prosecuted for dropping Facebook in a calumnity that assumed everyone was able to interact and observe total interaction through Facebook, and decouple from pairwise coordination ethically and equitably through the transmission and receipt of "defriend" notices to one another. Recall, I was off Facebook in order to spend more time on my studies, so that I could preserve life, as my religious beliefs demanded. In short, I was relentlessly prosecuted for my virtues, and for the excesses of my virtues that I was compelled to undertake through disturbances that Pease, K. enforced in the medium of calmunications surrounding and following the flirtations in the

---

Riker's Island. The journalism of Gonnerman, J. in *The New Yorker* is one that few others can viscerally re-experience as I can, exposed to the same stressors at a significantly accelerated (but likewise, deliberately undetermined) rate at Penn, through Penn's cultivation of institutional ambiguity, indeterminacy, and nondeterminacy of Responsibility in the Official and Officer Records of the Resolution of Charges. Browder, K. is one of several representative canaries on whose behalf I must be a living witness. For the sake of full disclosure, the other cases of socially-induced apoptosis pre-Periodic Aging Prophylactic Countdown Protection that are most central are Clayman, D.N. [s., forebear and namesake, at Hg]; Broglie, J.R. [s., at Os]; Swartz, A.H. [c., at W]; and Zhitomirskiy, I. [c./s., at Pt], Clementi, T. [c., at Pb]and Clayman, D.M. [c., at Re]. All, including Browder, K., perished in the maturation region between Pb – W, as a result of sudden disruptive forces applied in the midst of individuation, in the direction of lasting stigmatization, social isolation, and prolonged learned helplessness, prompting a final ":q!" function call at command line, for lack of feeling that other self-command options were available and refinancable without becoming a burden on family. Tragically, all lacked a reminder at decision time of their true periodic age, to sustain further arduous discovery effort and suffering through the feelings of or experiences of exclusion, isolation, failure, or abuse until a more s|age course of action became available at later ages to reply dispositively to the situation each faced. Browder, K. and Swarz, A.H. are obvious *prima facia* cases of death by trial delay and nonstop prosecutorial calmunity death charge. The Swarz, A.H. case included the inertial involvement of MIT, wherein the D.A. made use of MIT's Name to press forward on Prosecuting a case that MIT itself had dropped. The death of Clayman, D.M. likewise involved an irresponsible, seemingly endless Campus Prosecution that functionally prematurely terminated, through extrajudicial and poorly specified processes, a life-critical calmunity "spec. futures" market with which Clayman, D.M. closely identified and was testing conscientiously, under deep and highly concentrated and conscientious (*Do It Together* "con-science team required") ethical character.

Library that precipitated a state of lasting limerance, from what was formerly more attenuated overlays of agape, storge, filia, and caritas, with poetic but not erotic character, in the form of a chavrusa and amitie amoureuse like that which characterized Benjamin Franklin's relationships with younger females in France.

Attacked for these schemas, killed for living the life suggested by the Humanities teachings and refinements offered by the Academy for everyday liberty of living, and prevented from expressing and validating the schemas with Pease's memory or over prior exchanges in digital media (which was one of the key causes I had left the Dunbar-noncompliant, oversexualized Facebook relational model in the first place), I found myself so violated by this inquisition into extraordinarily precautious sublimed romanticism that I no longer felt (and still no longer feel) secure subliming in the company of clever wo|men. This is a major developmental interference: a lasting injury caused by Olson's non-stop assault.

My long term goal is to develop into one who can be ready to fill an ecological vacuum in the global social calmunity, prototyping a trust-bearing stewardship role at a root nodule of the atomics and aedamics. My original developmental model was to train as either a combat surgeon or pediatrician, accumulate service and life experiences at a conserved high clip of philanthropic service and service quality, and crush the impact scores of other physicians by scope extensions and augmentations facilitated through close partnerships with technologists and aengineers. The long term translational impact scores were connected to eventual capability for service in the U|S Congress, acting in a slave position with respect to well-vetted scholarship on public health, wherever the numbers on pi and omega might lead. The character model that represented the end-state of the journey was Senator Frist of Tennessee, a heart, lung cardiopulmonary (CPR) transplant surgeon by training, of Nashville of all places (flat ironic today; with organ donation in queue, and with the acronym CPR reutilized for "Consent Primary Response", in smartconsent's founding response models). According to Wikipedia, Senator Frist was, at the time of h|er election in J1994, the first physician in the Senate since the J1930s. S|he stayed in office for two terms, and elegantly refused to seek a third term. I was still 92 years old when s|he was first elected; s|he remained in service until I was 80, roughly the time I discovered the *Emile* service templates and physician empathy critiques in school, as well as the compassion build cycle that Rousseau associated with Emile's bondedness to Sophie, the metapourical carrier and repository of the instant state of social compromise, with and through whom Emile comes to understand the world of the instant, and the same narrative carrier that the publication of Brooks' Excerpt in the New Yorker subtly reactivated and reactuated from my Junior Theses, with Kensey Pease as the natural attachment site for the generalization reaction (both in the reification and specification of ideal types, while beta-crystallized following the Library Enrapture, the rather serious Flanking Event that Pease has tried to play off and play down, but basically caused me a priapism, and forced me to compromise for the first time in months...that which someone with more reading experience and social awareness might have immediately classified as very evident sexual harassment of a subliming male). Why are females unprotected from getting Selter.ed all of a sudden, from a start state of normal, campus-modest clothing, and without warning, in a Library? i have no special needs whatsoever with respect to what anyone wears; i would get used to a world where everyone walked about nearly naked quite fast. You'll find that i cared really deeply, long before, for the right to breastfeed in public, and i don't feel as others do that Pride Parades are out of place in Divers Cities; quite the opposite, i would happily attend. Same for that which i will euphemize here as "Stut Walks"... all for these rights, and for their expression. The problem is not the amount of clothing, it's how it can be removed or pulled up and aside. A much lesser

amount of clothing would have been less, well, sweltering if it had been on at the start point, but the motion and removal is what made it what it was. Even then, at much less clothing, the man at the desk might have asked him to find more clothes to cover up with while walking in. I handled this with extraordinary delicacy, and saw it turned into its opposite, as if i had done something wrong in bringing up this behavioral thing that KP immediately apologized for with remorse, saying, again, that s|he :knew how it would affect me." again, I would not have even brought it up, because s|he had apologized, had s|he not raised it defensively and evasively, possibly because s|he was out of coordination and faered that i would hold it further against h|er, and i am so tired of h|er more than mildly dishonest framing error drift, as enabled by the University's contract breaches being what stands between me and my Will.ed life.

The application of normative pressure against me by the Prosecutor and later, in the Hearing Panel Decision Release extrajudicially, follows the same story line as the *Fellheimer* (the "Fall House") case, wherein a young student at Drexel who was the sun of a pair of Philadelphia lawyers was released from a charge of rape, but then slapped with charges that the *Fellheimers* did not know they had to guard their sun from, by taking a competitive defensive position that would be decisive in the final decision matrix of the decision-making body.

The *Fellheimer* case illustrates how wrong this mode of normative blaming from a Panel in the form of a Secondary Charge hidden within a Hearing Panel Report. Honestly, give me a chance. I was not arguing that I was normal... for Penn's population, i am highly abnormal, but not lacking in judgment... rather excelling or exceeding or excessive in judgment.  If you absolutely must, you might also call me extreme in the amount of time i spent judging, through softnesses that were nowhere necessary advocating for, and safeguarding KP behind the scenes, in conditions where it was quite painful and arguably risky to do, to try to keep h|er career intact until We could run through the search tree together at once, so fast that Kris Olson could not take back control of the processes from the Hearing Panel and from Us. That's not what happened: KP left me in a Prisoner's Dilemma, counting on me to be a cooperator, taking license to defect on first report. This was not a calmfortable position to handle for her and i, or for the University Admissions Offices that my softer approaches were, for h|er, intended to safeguard, but that the UniversitY of Pennsylvania should have been overriding with programmatic mutual dishonesty checks to keep each of Our careers intact, and not just one on marginal career year counts of the younger of Us.

Granted, it is unusual for the Court to receive a submission written by a Speaker for the Dead who shares the same corpuscular identity as the Deceased. The Deceased, at time of apoptosis, expected that at death, Pease and UPenn would step forward to carefully and honestly account for the Ill-logic Impressed on the Clayman that caused h|er Death Spiral, including the unrelenting "September Smear" propagated for two months up to and past the period of time when *Institutional Sponsorship Committee Letter* (termed from hereon the "Letter on Life Character", or L.L.C.) Interviews were held. It was at the LLC Interviews that the Institution had promised I would be reincorporated in such a way so as to

represent my wholebodied promise in contributions to Health and the Allied Fields; the Office of Student Conduct's Refusal to settle the hidden claims made against me by Pease, K. in time for the L.L.C. Interview Event constituted an Intentional or Recklessly Negligent Infliction of Emotional Distress that precipitated Apoptosis, in the form of a fatalistic and anomic honor survival test on Route 76, one that G-d, or the Divine Sciences embodied in the backwardly propagating wave of the traffic safety aengineering toolbox, forced toward a survival success, despite a widely recognized, sincere, and effortful repeated actuation of a death wish. The escape from the survival test was so narrow as to de|merit treatment as one of the living dead, but one of the living dead who were pushed and pressed into their separation from life in order, paradoxically, to protect life, in the form of Pease, K.'s lifesaver career, when the University of Pennsylvania had already all but prejudicially slaughtered Clayman, D.M.'s lifesaver optionality, and the only apparent route out of the maintained Prisoner's Dilemma would have been vocal, outraged opposition to dishonesty in a buried and hidden written complaint that Clayman, D.M. was offered no actual knowledge of, as a result of misleading lan.gauge games played by Olson, K. to deny Clayman, D.M. a reasonable chance of self-defense in the programmatic absence, denial, and occlusion of appropriately bonded and trained counsel empowered to disavow confederated "secret mole" roles within a defense steam. The Death of Clayman, D.M. thus had to proceed on partial knowledge without access or recourse to the original counsel of Pease, K., as Olson, K. repeatedly denied Clayman, D.M. a tolerable range of spatiotemporal inquiry restricted to February or, at the earliest, if the reading of Pease, K.'s complaint letter was truly so inscrutable, to late January, rather than the September Smear claims that were persisted forward in the Notice Letter over repeated protests and efforts to authenticate the temporal frame with Pease, K. to control the Zachor (Wholocaust Herstory Memory Injunction Inference) Requirement, either by proxy or, when that was refused, through a request to Olson, K. to call a Police Officer or other Third-Party to intervene in Olson, K.'s feckless and reckless abuse of power. Sadly, after arrival, it became clear that the Police Officer that Olson, K. called (Brennan, P.) was not a Qualified and Neutral Third-Party but someone who took direction from and considered h|imself a sworn and bonded Ally of Olson, K., rather than an independent party capable of going around Olson, K. to collect an Expression and Authentication of Will from Pease, K. to Authenticate or Dismiss the September Smears in time for my LLC Event (my reincorporation through the promised Institutional Sponsorship Letter Interview that I had labored, under contract, to qualify for).

In later meetings with Kris Olson, s|he resorted also to referring my religious logic and value system, which s|he said was causing h|er a headache, to the Vice Provost for University Life (VPUL), staffed by Sharon Smith and Paige Wigginton. Their role can be illustrated and compounded with that of the OSC briefly in nanocosm with the following clip from an email sent on the regarding Rule 15 Once-Amended Filings, Advance Permissions Requests for Incremental Updates to the Pleading, and the July 13th and July 18th Timely Satisfaction of the July 15th Statute of Limitations in this *Pro Se* Pleading, undertaken by one without an affordable Counselor of Civil Procedure.


Immediately after sending the message, i caught a correctible error[11].

---

[11] Of course, this is not the only error i've made, and will not be the last. We human beings are fallible. Assuming the Complainant to be so infallible and inconsequential as to obviate their presence and the taking of their Herstory at the Hearing is madness: it denies everyone faer chances at exposing the truth, and denies everyone in

On Wed, Jul 15, 2015 at 5:00 PM, Adam Clay⁵man <adam@lifesavers.io> wrote:

*"Sharon Smith's and Paige Wigginton's (one of the recipient's of this Letter) involvement in this Massive Cover-up."*

How interesting.... this sentence clipped above is actually a very clear nano-cosm of the Problem with Sharon Smith's and Paige Wigginton's broken involvement from the beginning, and the Institutional Failure of allowing Pease to fail to appear for testimony to authenticate and validate the sentential construction and logic of h|er complaint. It's a gentle demonstration too, that arose very naturally.

You see, i first drafted this sentence without Paige Wigginton's name included, so it originally read as: "Sharon Smith's (one of the recipient's of this Letter) involvement in this Massive Cover-up." That's clear, and the referent is unambiguous.

But then, in the rush to press "Send" at 5 o'clock PM (i had been rehearsing and drafting this since well before 4 PM), i realized that it would do to include Paige Wigginton as one of those who had not Yet been mentioned Yet in the Pleading, but in the rush, forgot to check how adding her into the sentence locally and globally affected the full evaluation of meaning. i care a

---

the calmunity the educational opportunity that emerges from the debate over everyday moral decision-making. But most of all, it opens a cul-de-sac for perverse and unaccountable Official (i.e. Officer) Actions and Perverse Incentives and Institutional Corruption, like that which becomes possible when students are not immediately, and on the disposition of their Case, regularly and routinely offered access to the totality of their Academic Record. As for my own fallibility, for an example, the address of Penn listed in the First Pleading is still wrong. i wrote "3400 Sansom Street, Philadelphia, PA" with no ZIP Code. Part of the Purpose of Confrontation (i.e., the two contestants facing one another and engauging and engauged in and through dialectic) is to catch these kind of mistakes quickly, and at low-cost. Perverting this process with ludicrous (or even accurate) claims of perversion is a violation of all that We know about  the tendency of complainants with knowledge of immunity from the "Look Me In The Eyes" test to "fudge" the Truth to gain favor or please or meet whatever narrative they might imagine they must meet in order to effect the undertaking they wish to achieve, often without knowledge of how much of an "undertaking" it will turn out to be, as the account diverges yet further from well-metered truth as the listener biases the interpretation Yet further in favor of a now "socially desired" "team" outcome that they feel they must attain with the goal of contain the logic of one from encountering or disturbing the logic of the other, while living contradictory Neutral *and* Hostile Roles (Investigator and Prosecutor), and trying to handle the complaint expeditiously rather than with the thoroughness and protective "Innocentesting" shield that a very clearly existential identity and career threat deserves. Again, this is not the only error I've made in writing, at this point, no doubt over 1,000 pages of thoughtful correspondence on these and connected problems, and I would be happy to correct and reconcile any errors, mistakes, omissions, or moral flaws that any of my writings evidence. To date, statements like this have been manipulated in an "embrace, extend, and extinguish" guilt induction strategy by the University's Guilt Production and Offshoring Facilities, staffed by those whom i may soon be facing. So, here, I include the General Disclaiming Proviso that the lawyers seem to live by for the Purposes of Offshoring, namely, that i never did anything wrong, and certainly never breached any Contracts, at The University of Pennsylvania. This Proviso will be cited and sited regularly whenever necessary to match and remain competitive with the Offshoring-Inshoring "Sine Moribus, Leges Vanae" Practices of the University in their efforts to turn the Courts into a vain exercise, with Motto as a Profit Center for Negative Externalities, Venting Religiously Studious Souls Periodically as Waste, to keep some other Students happy without requiring them to even build a decent paceline or face those they've accused.

lot about this sort of thing, so as soon as i noticed it, i put aside all else and started fixing it. A time-pressed student might not care enough about getting the text true to stop what they're doing, and as a result, can expose a second student to truly atrocious, off-kilter epistemologies that the Blaming Institutional Agents lack the context to dismiss or properly scale, and feel compelled to max out instead, as a result of internal "political" pressure to side with the XX female, rather than the XY, 75 | 25 year old  [Fe][Mn]ist saying You've got this all wrong.

These are two very different factual claims, separated by a rush to send that i'm now correcting soon after:

"Sharon Smith's (one of the recipient's of this Letter) involvement in this Massive Cover-up.

"Sharon Smith's and Paige Wigginton's (one of the recipient's of this Letter) involvement in this Massive Cover-up.

You see, in the first, Sharon Smith is cited as one of the recipients, while in the second Paige Wigginton is so "sited" Only the first site | citation is correct. An uninformed, out-of-context reader might accept either as true if they did not check the headers with great caution. In any case, an out-of-context observer, like Sharon and Paige Wigginton were with respect to the Hidden *Pease* Fragments, could not have interpreted this second sample sentence accurately, because their knowledge would be limited to the Body of the Text, and would be missing access to the "Headers" that accompany and give context to the message, and can be used as a "reality check" on the proper assignment of all referents. In refusing me access to the Complaint, and refusing the Herstory Testimony of Pease, and Cross Exams of Herstory with History, You deliberately hid and broke the headers that would make this simple and life-critical error correction possible.

Kensey might make similar claims, in some (but not all) cases, as a defense against Institutional or Individual Credibility Questions. Kris, the OSC, and VPUL could not, because OSC and VPUL controlled the Process, and were afforded multiple opportunities to correct the Basic Facts of the Record, and blithely ignored the Warning Signals that there was something shady afoot at the OSC in its use of Fact-Finding Procedure. All my time with VPUL was a waste of time... rather like talking to a mildly emotive wall. A tag team ostensibly positioned as a rapidfire appellate body to rectify errors at the OSC, but with no real power or logically-forced courage to do so when facts emerge that doing so would be wise, and in the social interest of the Trustees, the truth, and everyone at the University. Sharon, with all due respect, in my case (and i can't speak to other cases), my retrospective understanding is that all function calls to VPUL were just an Institutional Lawyerly Exercise in increasing the non-active witness count so that Olson's and the OSC's accounts could be attested to officiously. Even if i had had a "Confederate" (Advisor) at that time, no one at those meetings was in or would have been in a dutiful position to document equitably for me, and initially, i let the documentation slide to save time for remedial work that the OSC had burned. i think the VPUL process can only be equitably counterbalanced if i and

other students throw Our studies aside to document everything at the rate that the lawyers and other "crisis team members" at Penn are trained to do. i hope to be shown wrong, but to date, i've never seen Paige Wigginton or You, Sharon, say anything in any forum, including the Hearing Panel, that would reflect poorly on my treatment by Olson and the OSC, and inexplicably (unless this was just a lawyerly process of profitable, foolhardy "risk reduction" thru truth occlusion, as described), i was forbidden from calling Paige or You to testify *against* Olson and the OSC Methods at my Hearing.  In sum, i think it's fair to bundle VPUL as a fully redundant node and showpiece attached through .


Cue "July J010 Question to Dr. Amy Gutmann", about robust error-checking apparati. Exhibit A on why Sharon Smith and Paige Wigginton were completely nonfunctional as error-checkers, and arguably worse than nothing, as it led the Institution into a hazard of heightened certainty with no additional confrontation or validation of the Herstory or clarity on the Ethics of my Professional Disclosures.


i'll include this demonstration of "Text Fragment Failure Causation and Recovery" in the Pleading, as an example of why no one should ever be shorn of their Fundamental Contractual Right to Confront their Accuser, a Gravely Implicit Aspect to the Promise of Reconciling and Settling the Accounts the {Herstory ⇌ History} Partly-Encrypted-Storage Exchange Equitably.

On the whole, this strikes me as common sense and unavoidable and necessary truth. i don't understand why this has not been expressed this way before. It's so 𝔉table and hard to vary. i also can't understand how individuals' memories can be atomized or Prisoner's Dilemmas maintained through and past the Hearing Panel Event without internal derision and the issuance of any relational claims that require the understanding that comes from mutual pre.sents with straight face. It's so confusing how it became a belief that a Hearing Panel could proceed without an "Interview" of the Innocenter, and a Following, Simultaneous, or Preliminary Interview of the Innocenter largely planned by the Innocentest for a rate of periodic reverse reactive flux to guarantee properly calculated reaction concentration, purity, and yield on the forward "ostracize and blame" reaction, and also diffractive elucidation of the Ethical grating | grading pattern associated with each. (If You don't understand this, consult with Dr. Topp, the Hearing Panel Chair, anyone in the Chemis.tries of Change Department, or Dr. Lubensky, the other Hearing Panel Faculty Member. Don't strong-arm them into Institutional Defense; there's still this thing in Diversities we call Academic Freedom.)


In terms of gender discrimination, at no point prior to or immediately following my Hearing did I encounter any personnel with authority at the Office of Student Conduct, the Office of the Vice Provost for University Life, or the Special Services Unit of the University of Pennsylvania's Police Department –

any of those who might question Olson, K.'s approach to the case – who had ever overtly been socially engendered toward the role of a courter. All, on traditional stereotypes, had never experienced the pressures of taking the Valiant Day Gift-giving risk, and no one within the hierarchy or peer circle within which Olson, K. sought succor and moral guidance appeared, on literal *prima facia* grounds, to have carried or could directly relate to the religious burdens of being an XY romantic under the cultural and genealogical romantic dating restrictions and requirements of a religious minority. The Hearing Panel was comprised of five XY males and an XY Disciplinary Hearing Officer, a fact that I repeatedly and doggedly protested to my father as wholly sexist and a violation of the capacity for the Panel to conscientiously judge the case as a "reasonable female" would, as per the legal standard in educational opportunity cases promulgated by the Courts under the Common Law. There was less than a 3% probability of an all-male Panel being assembled from a gender-equal starting population by chance alone; the selection seemed very, very deeply sexist and reverse chauvinist. I wanted XX females on the Hearing Panel.

Note that by this point, my father had claimed "advocacy authority of a debilitated aeconomic dependent". Claiming advocacy authority and competency was not such a hot idea, because advocacy is a decidedly perishable skill, and the understanding of the law has changed a lot since s|he served with the prejudices of a prosecutor in the J1980s. S|he first dismissed my request for support in writing the OSC to correct the gender or sex imbalance on the Panel with contempt, then shouted down my rather adamant insistence to have XX females represented on the Panel, arguing that it was "not in my interests" (p.p., kindly. The actual words were considerably more harsh, and involved an invocation of the Commandment to Honor Thy Father and Mother.... One of the most ethically challenging Commandments in situations where one's parents operate in Oppositional or Constitutionally Incompatible Lines of Inquiry and Action, often with the best intentions but on a bad or limited evidence base). This section that follows is so challenging to write, and so challenging to release. I do not know that students of the willed future will be able to avoid these same command flaws if they are not spoken about, and I fear that they can complicate the matrices of defense if students are forced to rely on their parents and Confederates.

I argued back that:

A) It did not matter whether the composition of the Panel favored my case or not; XX females were strictly necessary under the "reasonable female" standard of review, and the absence of anyone with ovaries from the Panel was grossly unfr, and would undermine my ability to describe my exoneration as "Hi Road" Complete. I argued as any feminist would: No Panel that lacked the diversity of experience that comes with biologically and sociologically enforced femininity (attention-getter, rather than attention-giver, flirt roles) would be a legitimate decision-making body, and a Panel of XX males could not, would not, or would not endeavor to confidently understand the possibly complex attitudinal psychology of the Office Hour "necklace playing lean-over" or the following Library Flanking, without tremulously hedging its bets on the motivations that drove Pease, K. to say and do what and when she did, and the effect that such action would have been intended to have on the dynamic equilibra that existed between Pease, K. and me. A Panel of XY males would be too self-conscious to make conclusive statements; having simulated myself in deliberations within the Panel following the presentation of evidence and arguments, I could not see myself, as a feminist, being a part of a totally confident and conclusive statement outside of the Dismissal of Charges, and I feared that I would have to disclose to Medical Schools that the Exoneration was a 5-0 Unanimous Decision of Males simulating a Reasonable

Female Standard, with access only to Femen and Femen aspirants in best case, but no internal pressure from living Female voices.

B) I was operating under the Reasonable Female Standard anyway, as I had already deliberately and conscientiously convened a Female Review Board (Libby Pearson, Deborah Clayman, and Ariel Diertani) in the course of considering whether I should have or should not have proceeded with the Post-Valiant's Day Beta-Crystalline Regard Authentication baked into the Beta 0.7 K Gift. Any Panel comprised of any mixture of XX or XY, on even a quick review of the evidence and testimony of Pease's partial and my encrypted and unlockable memory would be able to understand that I was not at fault.

I could not sustain my resistence against my Father. At this point, I had still not reached the breaking point in my relationship with h|er assumption of duty as my default legal representative, despite the emergence of this argument on the gender composition of the Panel, as well as my repeated failure to make any inroads with h|er on the absence of manic depression, and the presence of learned helplessness. S|he was, and remains, convinced that s|he should defer to psychiatry, a profession that is still descried by the Director of the National Institutes of Mental Health as non-diagnostic, operating on a soft-symptom rather than a cause-driven field.

You see, manic depression as a diagnostic system is rather like diagnosing a patient with an "emotional cough". Scientific souls would flinch if anyone were to claim that "cough" is a diagnosis. Even the term "cold" or "common cold" would never be accepted as an ambiguity reduction that is complete enough to qualify for description as a "di-agnosis", a term that implies that any opportunities to explain the observed symptoms through two or more originating | responsible causes were eliminated through a strategic process of deductive and inductive reasoning, fueled by test results that "split hairs" until the case is practically or in combination with other diagnoses *sui generis*, a well understood case in a treatment or treatment branch category of its own. Instead, psychiatric categories in the DSM tend to be agnostic, not diagnostic; they tend to be driven by and diagnosed at the symptom level as "emotional cough" or "emotional spasm", with the cooption of Greek cultural terms often without anything more than a surface-level understanding of the associated Greek culture, with the effect of clouding efforts on the part of patients to question the placebo-like nature of "manic depression" agnostic labeling and ineffectual and vague salt treatments. To a Chemistries of Change teacher like me, I can understand the need for Us to have and conserve a stalling pattern placebo treatment for those whose cases are not Yet well understood, but can not bring myself to suspend disbelief as Others have and accept this system of occluding institutional responsibility for Apoptotic Events with salt pills (a somewhat more covert version of the more popularly understood sugar pills, with practically no evident medical effect but for a more pronounced and severe case of chronic dehydration). The mechanism for lithium salt, despite decades of use, is still not understood for a reason: it doesn't do anything that sodium salt does not do. At high levels, it's toxic. At low levels, it's security theater to keep patients coming back for talk therapy, with no known mechanistic role in any neurological process. Some evidence is often cited regarding lower rates of suicide around lakes that are enriched with lithium salts; of this, I would remind the field of psychiatry of the false positive rate on biostatistical environmental research, the underlying publication bias, categorical diagnostic momentum, and the rate of iatrogenic harm (prolonged identity harm, up to the point of breaking stress, emergent with trusted medical providers as the original cause, including internal and unresolvable familial tension in assigning survivals a chronic and never-ending lifelong "sick" role while clearing institutional | familial | classical friendship carelessness or social

abandonment, in an screwball parallel universe of legomedical rather than medicolegal treatment of "David Barrier.ed" n-justice) that does not conform to systematic reason, truth, and authenticity.

The sharp disagreements with my f(other) did not end with objections to the composition of the Hearing Panel. We entered into repeated, heated battles over the question of whether a Letter from David Berrier, the Psychiatrist to whom I had been assigned, should be submitted to the Panel. This letter described me as being subject to Manic Depressive Episodes. David Barrier [sic] reported h|erself to be a former Penn L.P.S. Student, back when Penn L.P.S. was less organized. You will notice that the naming, "David Berrier", is extremely curious and even conspiratorial, considering h|er function as David Clayman's "Barrier"[12]. Against my wishes, and under a "Honor thy F(other)" command, s|he insisted on soliciting and including the Letter of Dr. Berrier in my Exhibits set, a Letter that included dubious and unconvincing *Ex-Post-Facto* curve-fitting of the confounding psychiatric labels of "mania" and "depression" to an experience of romanticism and melancholia from within a smaller network and more detailed and higher cardinality social graph than that of the Innocenter.

The agnostic of "manic depression" is nothing more than an observation of dysregulation on the hope-despair, i.e. the "prospect and expectancy" spectrum that any moderating and calculative mind must keep calibrated in response to environmental feedbacks on social need. If, all of a sudden, an individual who has, in connection with a long present religious need, discounted all other professions in preference for a complete and arduous re:embodiment as a Caregiving Hippocratic, with survival value measured, monitored, and self-reviewed with the sabermetrics of "Prospective Differential Impact In *Pikuach Nefesh* Over Replacement", is then barred from applying to any Graduate Schools without Hazmat Labelling on Calmunity Entry[13] (of the form, "This Student Bearing a Red H ["Adom H", in Eve.reet] Is And Will Forever Remain Accused By Penn of Harassment (.... through 'Excessive Gifts and Attention')), will eventually, definitionally, terminate process on failure to secure fair definitions on harassment, fair investigational scope, or fair pathways for timely reindividuation toward a meaningful satisfaction of survival value versus replacement, at least until assumed and necessary family

---

[12] On review, the nomic (morality game) name traces throughout this chain of events are so eerie so as to be the cause for me to suspect an autonomous and, in the moment, unseen virtuous (and virtu) conspiracy surrounding me that I was never briefed upon, one that nearly killed me in the effort to synthesize a certain character trait combination. The David / Leora / Leona episode; "Can See Peace" (deliberately?) introducing h|erself as I explained the former; "Kris All-Son" as crucifier; the "All Son" Sweater handed to me in hospital; David Walzer, a former LPS Student, acting as "David's Barrier", and the previous, rather infamous case Penn took out against Eden, the Foundation of the *Kors, Silvergate* work, "The Shadow University". This could have thus been arranged. I cannot in advance of Discovery rule out an educational virtue conspiracy gone terribly wrong, with multiple smoke screens thrown up by different parts of the University, on the belief that I would be more timid and selfish, and less institutionally skeptical, than I have been. But maybe i am reading too much into *Shemot...* the Names. i trust that i can be forgiven for it: Kensey Pease did introduce h|imself in the midst of a discussion of Names, and the introduction of *D.C., techn. David Clay Washington '15* as the Last Name included in the Student Signatories of the Penn Law School Faculty Letter Rebuttal does not seem to be a coincidence.

[13] Or is stalled in a cultivated state of unresponsive and nonresponsive indeterminacy in this Costly Survival Loop, as measured against the alternative investment horizon of badly invested educational expenses saved and instead dedicated to malarial bednets, or childhood vaccination campaigns, or car-crash-preventing OBDII installations, or consumer rights for grocery nutritional informatics, or patient-provider Hippocratic Hand Lan.gauge, or apestopping electronics (the last three emergent in my environs as a fortunate and unexpected full, partial, or facilitated side effect of surviving this toxic improvised-proximity-mine displaced|displacing-personhood-camp protocol in Love Your Sister, PA [Phila-Delphia, PA]). Gah....

responsibilities (such as adoption of a dependent or the experience of motherhood and fatherhood) are undertaken, as these particular family responsibilities act as unending sublime anchors into the march of life… anchors that Clayman, D.M. and the Canaries listed above notably lacked at Time of Death, while operating outside of the Calm "Periodic Saging" Preventive Prophylactic for the support of Youth and Sentinels going through rough patches in the course of learning how to support the Calm Covenant of "Century Assured Life Moral Marathons".

All that Clayman, D.M. needed to survive without survival testing would have been a Century Assured Life *Moral Marathon*. A protected pathway to a meaning as an agent capable of differential applied impact would have been sufficient[14]. When Penn, an Institution led by the Chair of the Presidential

---

[14] It is terrible that this point must be made explicit, and made explicit by me, but the role of Nurse did not then qualify for life pursuit. This innate resistence to re:individuation as a nurse was not undertaken on its fundamentals, but because of guild politics that stood in the way of nurse research being substantially influential in physician action. Lately, I have come to the belief that the titles for "Nurse" and "Doctor" might be exchanged periodically, to facilitate more just idea-logical diffusion and at least brief patient, provider, and candidate orientation to the whole opportunity set within Health Calmunity. The agency of nurses to effect and affect change has been, herstorically, stiffly curtailed by physician prides that border on arrogances. This appears in pop culture as well, in the skepticism with which Helen Hunt's f(other) and other family members question Mr. Focker in h|er pursuit of a Nursing Career, in spite of h|er top 5% MCAT Scores. The inescapable career planning that any student unusually good at standardized testing forms while watching "Meet the Fockers" is that Nursing is not for them; the pursuit of a Career in Nursing would be accompanied with a major calmunity and personal loss of meaning for one capable of the most rigorous symbolic analytics. How misled We are by "Meet the Fockers", about the balance of brain, brane, and body, in the total computation of physical brane impact in life. However, as a regular source of outsider research propositions, and as a longtime student of the sociological culture of medicine, it would be a terrible untruth to claim that Nurses today are competent to, with logic alone, change the Pathways that Physicians follow, without conscripting Physicians to prejudicial treatment of physician research. It's not because Nurses are not competent; it's that Physicians are not competent to the learnings and teachings of the Nightengales. Hell, as I can sadly confirm, physicians are not even competent, in most circumstances, to a Semmelweiss or a Socrates, let Nightengales alone. The Hippocratic Hand hygiene body of research is one such research base that tends to be owned, pwned, and produced by Nurses and Nurse Investigators, and promptly ignored or denied by individual Physicians, who lack focus for routine questions of hygiene, and prefer to bury or deny patients the perception that physicians are anything but perfectly infallible and incapable of inattentional lapse on hand hygiene. The Public, frankly, may be even worse in this respect, regularly taking a Poorly Informed Physician's word over that of a Well Informed and Research-Specialized Nurse. On "imp bias" testing, I can nearly guarantee underlying rampant and implicit gender discrimination, even among those that deny its presence. This is both driven by and reflected in Public Policy, wherein Blessed Physicians (i.e. Nurses) have not yet been elevated, as Nurse Practitioners, to the level necessary to provide access to High-Quality, Cost-Conscious, Price-Transparent, and Socially Responsible Primary Care. [For those reading this unfamiliar with medical calmunity politics, I just outed myself, if I did not previously, as an indefatigable believer in single payer universally moderate standards of century calm care, of the sort that entails enthalpic [monetary] pressurizations and recompensations at policy positions that raise the hackles of almost all debt-laden or once-debt-shell-shocked members of the medical guild bureaucracy who then, paradoxically, take the position that they should debt-shell-shock patients to overcome their own herstory of student debt. In other words, this outs me as an enemy of the present physician compensation system, which, in combination with my conscientious beliefs on end-of-life care, and the residual stigmas I face as a result of Penn's character attacks and attack postures, form out and force out a candidate discrimination matrix at admission time that will prejudice admissions committees irredeemably and practicaly irreparably against me without the Court charging Penn with responsibility for securing Medical School Admission at Perelman to hasten the start of Legal and Medical Training as a mode of apology for such prolonged stigma imposition, and the initiation of stigma repair within the profession, without reexposure to the deadly residual effects of rebuilding my candidacy from the wreckage caused by previous poisonings mediated by Penn Personnel while breaking contract and faith with me to

Commission of Bioethics no less, maintained its constant Staff attack stance against Clayman's lifelong D. M. (Dance, h|er M.oral Micronaut Marathon) in the midst of the most critical step in the irreversible assessment of h|er candidacy by Penn Program Staff in the Admissions Cycle (led by Valerie Dorn, the same official to whom this contract-breaching, snake-like defamation was addressed by the evidently serpentine Associate Director Olson, K.)

could be cited later on by Officers at Penn as a cause for Appeal;

No mediation efforts were made; any illusion presented by the University of a mediation step is just that. I was not told that mediation was forbidden, and I have no evidence that Pease, K. would not have wanted to settle her claims (and h|er | our.h confusions) with me through conscientious conversation and guided inquiry and negotiation of the competing "taste for simplicity", "need for cognition", and moral value complex rather than sustaining, through n-action, the ignorant and dictatorial centralized-authoritarian application of career-killing and most-fundamental-meaning-and-purpose-killing protocols by a relentless accuser and uncurious, lossy-algorithm, energy-conserving (read: extraordinarily lazy) investigator accustomed to playing dictatorial telephone games to cut down on cognitive effort.

In fact, much of this Multifactorial Failure might have been avoided if Pease and i had, in fact, shared the same or more similar media preferences. The University of Pennsylvania Inquisition appears to have taken it for granted that i and all my peers were on Facebook, or capable of being notified, through a "Defriend" Request, of the severance of the Duties that Attach to Friendship. There was never an instant of time—from h|er Nomic Name Approach in the Summer in the Basement and Café of the Chem Building to h|er Sidewalk Explosion, and my week-late receipt of Notice of a Complaint later that day— that i knew Kensey and coordinated spatial action (i.e. def: had a relationship) with h|er in which i was on Facebook. S|he and i surely would have been able to coordinate the "Defriend" Sequence properly if we both had Facebook accounts, and i could have been more aware of any internet harassments coordinated or going on during the time i was accused if we had been attached . Instead of issuing a "Defriend – Fend For and Aggressively Defend Yourself" Notification, The University of Pennsylvania hid the complaint and misled me into believing that Pease was just "checking in" with this Dr. Kris Olson, trained in Counseling, and wanted to provide me with a Counseling referral, and in so doing, inadvertently triggered a completely awkward forced process of separation, accompanied by Institutional "Apoptotic Death" Signal, in the form of an Admissions Block that I could not communicate to Pease, and that s|he could not check with me, as a result of a dually enforced block on Calmunication. What a perverse process. Frankly, a Defriend Experience, in the form of disappearing access to Pease's Personal Profile, would have been more than enough for Pease or i to have legitimately communicated unidirectional separation intent. (Unlike what s|he claimed, there was no request on h|er part that she and i end all calmunication with one another, or that i drop or remove h|er contact information -- )

ADD DEFENDENTS:
Zuckerberg, M., Walzer, D., and a Representative of the APA.

---

go to reach the extreme breakages in justice required to permit Pease, K.to (un)knowingly T-bone my graduate school candidacy (i.e. that self for which I lived) without any of the followthrough required to truly validate h|er complaint, which was initially and concertedly hidden, as truth rather than truthy.]

The Death and Death Wish of David Moses | Morris closed with David Moses' | Morris' adoption of a different soul in a Civic and Religious Renaming. In Judaism (both Rabbinic Judaism, and the more emergent and comprehensively responsible HhAAJ[15] Judaism), these are rather serious acts, and connect back to a drive for death that Penn arranged with broken choice architecture and a very un-Hippocratic Prisoner's Dilemma that will be submitted in an accompanying illustration.

---

[15] The filing Plaintiff is Registered as a Minister in The State of Ohio. Should religious authenticity or religious authentication challenges emerge over the standing of HhAAJ with respect to Rabbinic Judaism, the Plaintiff will both defer to the Rabbinate and cite semiautonomous Ministerial Standing, as necessary for nontraditional lifesaver overdrives. It is not the appropriate province of the Court or The University of Pennsylvania to counter or undertake to offend or prevent the expression of religious belief, in familial or emergent family form. No such resort to Ministerially (rather than Lay Religious) Privilege in the course of exercises in religious freedom has been necessary to date, but the Plaintiff's Standing as a Minister recognized by the State of Ohio is reserved forthwith to protect the Right of Advance in Religious Beliefs consonant with and often, as in the case of the imprinting of IGWT on currency, or the much earlier assumption of total responsibility over statistical life, statistical death, and statistical injury (risks and rates) at the level of catalytic health mechanics, catalytic health policy, and catalytic health techne (craft, in the state-of-matter and the state-of-soul), often stands as less contradictory and more consistently applied than the existing Rabbinic Jewish tradition, of which I am critical, on the understanding that Rabbinic Judaism must strike some uncomfortable compromises in rule-making to sustain a complete social aeconomy in the U|S that supports all souls, without exclusive focus on *pikuach nefesh* lifelines and *pikuach nefesh* specialists, specialties, and specializations. Consider the case, for example, of the claims the Plaintiff carries against the U|S Currency imprint of the Name of Hashem. Rabbinic Judaism has been hogtied with respect to the superfluous printing of The Name in vernacular English for almost two centuries. The calmunity decisios structure is too challenging to settle without a semiautonomous agent operating under separable Ministerial credentials: It can be inferred, through.thru enough struggle with the illogical inconsistency of the treatment of shaimos in U|S religious calmunity, that pragmatist rabbinic scholarship recognizes that no motion can be made *en masse* or even in private congregation to drop currency use without both causing unpredictable suffering in the general calmunity and alienating the evangelism of the Christian faith branches that, under Salmon P. Chase, forced HhAAJ Judaism to swim upstream, independent of the Greater Body of Rabbinic Judaism, against the Congressional current to secure the Name of Hashem (literally, the Name of the Name) from Destruction. This was even more true before the advent of the cashless society and the Religious Freedom and Restoration Act of 1994, which make an individual's challenge to the IGWT Printing Regime feasible even before the larger Jewish calmunity comes along in halting the inconsistent treatment of the Name commonly seen among U|s (HhAAJ) Jews. This is but one exemplary case where Ministerial Credentials that remain distinct from Rabbinic Judaism enable steadfast progress in forming a vanguard world that is logically and religiously consistent with all forms of religious diversity, without strictly committing the dislocation of millions of U|S Citizens from the use of the currency upon which life often finds itself highly dependent. Therein stands the hard case for the necessity of Ministerial credentials that will survive challenge even from the Rabbinate, on behalf of the vanguard world of tolerance We wish to build, as pathways are discovered that cut the dangers and risks associated with some of the more awkward transition states along the way to a Hippocratic (and very Hharmless) Hh|ome.

Aristotle, says Phaedrus. Don't forget the Aristotle.

# 4   THE DECISION AND INFORMATION CASCADE FOR MEDICAL ENGRAVING

i made my decision to undertake the study and practice of medicine over many months. The decision was more introspective, sociological, and deliberative than most premed students who undergo or toe the line on this decision; the information cascade took three, four months to run its course to a final position, one that included discounting and dismissing all other primary career types, in a decision that was hard to impossible to disturb.

## 4.1   FUNDAMENTAL ISSUES, FUNDAMENTAL TEXTS AND TESTS

Over those months, just as with my Senior Exams for Fundamental Issues, Fundamental Texts, i formed a list of six books that became the Core Set of Readings that helped flesh out the fully embodied realities of the decision associated with the question, "What skills must I embody to make this century of mine meaningful, in such a way so that my commitments to civic and divine religion can dovetail?" At the time, i had not yet fully B|ended the dichotomy of civil and di/vine religious faith; these two models of faith to Hashem overlapped frequently, but had not been reconcentrated into the faith tree connected to the C.A.L.M. promised by HhAJ.

Of course, *Mountains Beyond Mountains* was on the list, and Tracy Kidder successfully persuaded me to take Dr. Paul Farmer on as a role model[16], but so was *The Eleventh*, a short story that questions the gradient of access that patients have to lifesaving care, and the spark that Dr. Amy Kass and the UofC Emergency Department set alight in first, second charge, ultimately fueling a long-term study of a cohesive medical concentration for all that i valued in the animating principle of *pikuach nefesh*, the Traditional and Hh***J Jewish requirement to preserve life before all else, a principle so highly ranked that anybody in the Jewish branch/es is taught to suspend Shabbat for a life preserving role. Combined with the logic of public health, and a knowledge of the social entrepreneur's urgent capacitation mechanisms for action, the interventional duty of *pikuach nefesh* became the primary thesis around which my life was built.

One kind side benefit of life in the health careers is a longer longevity. Few incorporate the "career differential on expected personal longevity" or "age-related acuity and skill decline" into their career choice, but for me it was an essential check; i discovered some research indicating that the sacrifice of life to enter the field could be temporally financed, in part, through a three year expected longevity "bump" (bonus) for male physicians, as compared to peer professionals, like lawyers or accountants. But separate from the question of whether medicine would be a good match for me is the question of whether i would be a good match for medicine. And in seeking an answer to that question, i immersed myself within the ethics of the field.

---

[16] At the time of my first reading, i could not understand why Dr. Farmer cared for prisoners, patients, and students in that order.

i began sitting in on MacLean Center Bioethics meetings on Wednesdays while working off and on for a Neuroscience Lab on-campus. i spent many long hours in the Medical Complex. i was so constant a presence at Bioethics Seminars that Dr. Daniel Sulmasy, seeing me in the audience in D.C. in J010 Julius at the 1st Meeting of the Presidential Commission on Bioethics, approached with a smile and remarked that i seemed to be "everywhere". i also began auditing courses in human developmental biology and evolutionary genetics informally. There were two most influential moments: a seminar session for UofC Medical Students arranged by physician-instructors who had just returned from emergency medical service in Haiti, following the Haitian Earthquake, and a Presentation arranged by the MacLean Center of Dr. Matthew Wynia, MD, MPH. Dr. Wynia had the life-critical skills to jump into medical volunteer action following the Tsunami, working on the USNS Mercy, one of two US Navy Hospital Ships. After the presentation, Dr. Wynia was kind enough to meet with me. Qualifying for service among those on the USNS Mercy became a testable developmental objective and quality target. At the time, i was working on a safety orange road safety project called //ROADFOCUS// that had itself been necessitated by the onslaught of SMS communication that the media generation immediately after mine had adopted and were driving, in part because of smartphones like the iPhone whose berth i had experienced first-hand. I spend a great deal of time studying media theory and medical ethics, and was working, mostly in theory but also in practice, on their conjoint: the policy-wise eradication of naked OBDII ports and unprocessed call reports, through the generation of an alternative consumer parenting vision. But the project died because the car industry, the phone industry, the insurance industry, and the government, as much as they want to talk about making driving safer (an activity that racks up more U|S kills alone than September 11th, every other month), will not do the most obvious thing in the world and force forward aeconomic competition for de"vice makers to empower families to drive distractants out of the car cabin. Since families usually don't spend nights imagining what isn't being done with the OBDII port, which most drivers can't even see without leaning deep into the recesses of their car, no private or collective action has brought the deaths associated with distracted driving and texting while driving to heel. i tried that Summer passing the idea forward to GEICO and Berkshire-Hathaway to steward and conserve, in addition to Progressive Insurance[17]. i was grateful to stumble on Ralph Nader, of all people, at the Conference, the wo|man who secured seat belts for all of Us against endless opposition. We|i secured a question by drawing lots at three different question queues; the rules that Year, for the last Year, permitted it, and my question, frankly, moral-mathematically outranked nearly any other question in the room, because 911 is still repeating itself in the traffic safety aengineering and insurance world, and hazard reduction tech of the 30,000 lives lost each Year to car crash fatalities is within Buffett's and Gate's Standards-setting sphere of influence and capability. Your resistance to the technology, in the form of vacant, half-baked, premature privacy claims, is killing tens of thousands each and every Year. This may be 3-4 911s in effect, were We free to outrule the fearful J011 Congressionals and Industrials with Popular, Populace-wide Moral Math. So, after the question, i scribbled the site link and a short explainer to an *NYT Columnist* to pass on to Gates for h|er flight Hh|ome. At first, s|he said s|he would

---

[17] Progressive Insurance, led by Peter B. Lewis of Cleveland, OH, exercised the lifesavers objective, and made great inroads on integrating OBDII technology into a safe driving incentive plan. But even Progressive, motivated as it was, did not successfully pull together a "texting while driving" block technology any better than driver and wheel steadiness inference. My concern with this safety field, which is, again, regularly responsible for more deaths than September 11th, as well as my heightened sensitivity to langauge, tonality, and meaning constraints in media, explains a large part of my allergy and gentle, consistent resistance to facilitating Mrms. Pease's insistent media pattern: SMS.

pass it along, but later, on checking with h|er, i learned that s|he had judged the passage of the RoadFocus Concept Design link to Bill Gates was then reconsidered, and judged to be "inappropriate". H|erstory might be different if that note had reached Gates right away…. If the *NYT*, Gates, and Buffet were to coordinate on the moral math of hazard factors on the road, We might already have OBDII wisdoms attached as an industry-wide enforced personal safety standard. But the creative combustion failed. i failed. Tens of thousands might have died because i failed four Years ago.[18]

Working in the Emergency Department at UofC, i never had a chance to see automobile traumas (it was not a Level I Trauma Center), but i did experience this foundational truth that nurses and physicians, on a daily basis, as an everyday aspect of their lives, triage the very same familial disasters that had, in the aftermath of the Indian Ocean Earthquake Cataclysm, thrown my life values from that of Holocaust Prevention Ethics to Watercaust Prevention, skipping past the emotionality of the Wholocaust generalization step between. These families arriving with writhing members at the Emergency Department, missing segments of bowel, with nervous systems frying upon the table, leaping and resisting like electric eels without the body control to remain reposed… these families were microimages of what had happened, at 200,000x scale, in Banda Aceh just four years back, as the Earth Tsunami, the most serious natural disaster of my lifetime, turned my foci from studious writing to the urgency of fundraising, rebuilding calmunity health phoenix-like with my University, four other Universities, and Direct Relief International in J005, as part of the Skyscraper Challenge… a student fundraising model that crushes the competition, but has never reached the syncopated synchrony that the pioneered model might achieve, and has laid fallow, as a result of an overdependency on the singularity ownership of each Participating Tower. It was for the SSC that my Moral GPA and my GPA split apart, and it was in the Emergency Room that i first caught a glimmer of a world where these two might be reunited again, under the principle of pikuach nefesh that first drove me away from the world of Tolstoy's *War and Peace*, and into the media technologies that were making the world of Calm Disaster Relief and Recovery Fundraising ever more tractable.

---

[18] if only institutions would speak so Frank and Earnest about matters like sexual assault de'vice option loss (which, You might say, i'm also calendrically responsible for, despite my efforts to irreversibly United IRB Offload all the IP i've ever held). Though i wonder if I am or will be a clever, virtualized demonstrar of the dangers associated with individual or corporate n-action, of the same kind of herstorical neglect claims i level at older, better funded, prefocused and prepoised large institutions, with centuries of perception, delegation, and project-execution experience i lack. If so treated, this Year will be such a rough one: at some point this Year or next, the competitive wave of my shadow racer will set in, and any rape or ape event on any campus in any country might be pinned on me, for either poor or insufficient execution of SmartConsent hardware intervention models too weak, You'd argue, to sustain any conservation of a Provisional Patent claim set.

Frank.ly? True total world-state so unknown, Path unclear, while crystallizing larger Hharmless Congressional Culture Path, with the understanding that an IRB could (and, i spec, should) override claims preservation, as i spend this time striking down some roots through this filing, before getting back to toying at hardware firm formation and becoming very serious about adapting existing hardware platforms to the problem.

# 5 SOCIAL PREVENTABILITY OF GENDERED PROCEDURAL WEAKENING AND PROCEDURAL VIOLATIONS

If the motivation for Procedural ▨eakening is the dearth of meaningful Just-in-Time Prevention Evidence, or shortfalls in the Ex-Post-Facto Juridical Evidence Base relevant to deciding, preventing, and deterring all cases of physical, heat-plume sexual assault (Rape and ape Events) in actually sexual, physical cases (as opposed to "romantic friendship" and "romantic trial | try exhaustion" cases), then We should all work hard toward making proper investments of University | Diverse.city Endowments toward changing the media capabilities of the bed, so as to prevent sexual physical assault, adding sagewords, safewords, and short-codes within touch of the bedside that are available for both Æve and Ædam on Campus, and in any DiversCity, well before Temptation strikes, or is otherwise ærranged by any Outside Party[19].

So, look: Rev up the suggested SmartConsent Countsouls for all the Religiously Studious Souls for whom You care. I do not have the Endowment of a Major University at hand. I do not even have a fraction to experiment with to settle the Theses that would resolve (through both prevention and curative Kor.eng[20]) that which i've suffered in general case solution form. Not Yet.

World War II Techne—one-touch radio transmitters available in the 40s—would have crushed the sexual assault rate. Marconi could have imagined an end to the vast majority of these assaults, with sufficient miniaturization and well-targeted humanistic signal ængineering, based on the knowledge of signal context-degeneracy that underlies the design of our DNA's stop codons, which are not unitary but trinary, for a reason: "amber", "ochre", "umber" (UAG, UAA, UGA). and . If the aengineering herstorians care to argue the point,

---

[19] Bear in mind, i refer to the Standard JudeoChrislam tradition in gender-neutralizing B|essed. i have great interest in inviting reflection on what this means in all traditions, not just that of JudeoChrislam. How do We restrain, reveal, and release Temptation just.ly (in such a way so as to reflect the "just use of standard time" in a given life year [.ly]) while burdened with the ever-present, pressing obligation to climb back up both the Tree of Knowledge *and* the Tree of Life (for the sake of the Whole Tree of Life), through Fruitful ⨍TEAM Works, often in cyclically (ϕ) constituted forms, as in the Work of those i understand as the *Hharmless Mealmakers (Hhmm):: the Constitution Cooks*, those who are, measurably, the most powerful Life Re:Framers.

[20] I must do justice to Dr. Kors and Dr. Silvergate: Without their preliminary work, and the work of FIRE and all those who have themselves been affected by these Unstandardized, Unhechshered Student Slaughtereng Shadow Courts, in building the experience base from which the Publications, including the sanity-and-soul-saving "Guide to Due Process and Campus Justice" is drawn, i would have never found the threads of in.cite.ation out of this atrocious labyrinth.

You might think that civil rights lawyers are standing by, at the ready, for Your suns in their Years as students. You'd be dead wrong. The "educational rights" specialty is dominated by ".edu student rights" stripdowns, because students do not have the wealth or the right boundedness required to prospect for justice and counterbalance, even when under duress.

FIRE is Your best Hh|ope. If You are reading this, and have a sun in University, save "thefire.org" in Your phone in case of emergency. Or write me, at icesublime@lifesavers.io, and i'll reply to You with the link to the ⨍TEAM and FIRE's Publications Directory.

# 6 RELIEF

## 6.1 PUBLIC APOLOGY, WITH DETAILED PREVENTION MECHANISMS

First, the Plaintiff asks for a Public Apology and Expression of Remorse from the President of The University of Pennsylvania, who also serves as the Chair of the Presidential Commission on Bioethics, on behalf of The Trustees of the University of Pennsylvania and the US Federal Government for this outrageous chain of events. It is astonishing to me how resistant The University of Pennsylvania is to admitting, on paper, that it has done anything wrong, or that a student who stands accused has done anything more right than h|er accusers, Pease, K. and Olson, K. The directionality enforced by Penn's highly-paid lawyers is always in the other direction, with me, the person whom the University first pre-assumed to have momentarily interrupted an education, forced through the language of this fundamentally unfair protocol to engage in excessive, extreme, and endless personal fault-finding that lasts for tens of thousands of hours in order to secure a true and complete legal and Social-Institutional Exoneration from this highly chatty, highly cynically-staffed and very monetarily self-interested Social Institution. I can not understand why Penn Officers all the way up to the President's Office have been exempted from the admission that the Disciplinary System of the University of Pennsylvania is tilted heavily against finding fault in the Institution's own fact-finding protocols, and that any study published under a fact-finding process like that supported by the Disciplinary Charter of J011 and J012 and the OSC's tradition of breaching the Charter in its own favor *can never* and *would never* (or, given Wakefield's "Wake-up Call" to the Allied Academic Fields of Vaccinology, the Plaintiff must of necessity more carefully say, in the interest of carefully preserving life, **"should never"**), pass peer review.

Why is it that the Staff of Penn are exempted from the search for and pursuit of truth, fair standards, and the Social Institutional Teachings of Morals that The University of Pennsylvania's faculty and staff profess that Penn as an Institution (with the motto, "Sine Moribus, Leges Vanae") contractually obligated to serve? Knowing how slippery and distant faux half-apologies issued by Institutions can get, the Plaintiff asks for the Court to require that Penn publicly release an Apology on Penn Letterhead that specifically includes a passage that is identical, substantially identical, or logically and publicly equivalent to the following definitive statement, written to be both face-saving and apologetic, and deliverable by a PResident:

> *"Adam David Clayman, of University Heights, OH, not only 'need not' report harassment, s|he can also prepare to start Medical School and Law School, in either order, in the Fall of this Year at The University of Pennsylvania, when classes commence. S|he has shown h|erself, to Our satisfaction, in the Prosecution of this Case, to be an excellent candidate for either. Should s|he accept, h|er educational interruption, which We take responsibility for having started with the Dragnet of the September Smear Tautology, will finally be over.*
>
> *We, the Staff of The University of Pennsylvania, failed to authenticate or investigate the claims made against the Liberal and Professional Studies (L.P.S.) Prehealth Core Studies student, David {Moses | Morris} Clayman (D.C.), to any degree of adequacy in advance of h|er life-critical and defining L.P.S. Committee Letter Interview. We, the Staff,*

*oppressed D.C. in a manner than Benjamin Franklin would have been appalled by, by knowingly and deliberately misleading Lifesaver Labs Cadet [L.L.C.] Clayman up to and past h|er Lifelife Committee [LLC] Interview with the belief that the extremely misleading complaint had been strictly oral, and had been brought orally. David left a Staff Member a note that asked for a point to be investigated, and closed with, "In Fear and Trembling", an evident reference to Kierkegaard's "Fear and Trembling", the story of the sacrifice of Abraham's only sun. We never investigated the point, and left the point adrift for months, to and past the point of h|er efforts to step off this mortal coil, to keep another lifesaver student with more career-span in operation. Being forced to defend h|erself and h|er peer on a misleading and ill-defined accusation of "excessive gifts and attention" constituting "harassment" for a six-month period from "September [J010]" to February J011 was a grossly unfair burden of memory, an over 20X greater burden than any the complainant alleged was necessary or advisable. After being asked gently several times by the Innocentest, Clayman, and then more forcefully with an Appeal to the Penn Police Department and more Offices for clarity, We failed to authenticate or bring the timeframe assigned and the definition of harassment in the Notice Letter under control to the point where it would not interrupt or interfere with Cadet Clayman's education. The destruction of the life-defining moment that h|er interview with the Institutional Sponsorship Letter Committee represented was nothing short of Institutionalized Harassment, and led to apoptotic self-mortification, of the sort that routinely occurs body cells in each of Us each day when destruction-tagged.*

*As a Staff, We showed ourselves to be recklessly indifferent to Cadet Clayman's Contracted Educational Opportunity, and in failing to establish adequate Officer Abuse Reporting and Appeal Protocols, We effectively forced David Morris Clayman into a Bed of Procrustes where h|er need to be free of Our investigator's prosecution of h|er was incompatible with that of the life of romantic scholarship that David Clayman had contracted with us to complete, and for that, We owe the Family and the Survivor of David Clayman (D.C.), Æ, restitution for h|er death, which was induced at a time when s|he stood accused of the amorphous claim of "excessive gifts and attention"constituting harassment, without ever having received in hand the complaint which had been h|er due right to review, particularly in advance of the Committee Meeting.*

*Our Staff's concerted efforts to conceal Complaints from Respondents have been terminated – from now on, and as of _____, when a Student at Penn receives a Notice Letter, the Notice Letter, Condensed Charter, and Charter will be handed to them, with time set aside for them in their Curricular | Extracurricular Schedule for a study of the Case. Students will be instructed to read all three in full, and will never be discouraged by any Officer from reading any of these Critical Procedural Documents as Clayman was discouraged from reading the Charter.*

*All three documents now include clear LANgauge that a complaint was "filed in writing" (not "brought" by vague means) and a brief statement indicating that the Innocenter's Complaint (Charter Role: "Complainant") is now a component of the Innocentest's (Charter Role: "Respondent") Academic Record, and will be given to the Innocentest*

immediately (before / after) First Interview by a Neutral Authorship who will not later need to transform into a Prosecutor. The last reform, the Neutral Investigator Role, formally came into place for Penn Students in the J012 Reforms. These Procedural Safeguards were long needed, and long-afforded by other First Rank Institutions like The University of Pennsylvania, and it is time that our Disciplinary System reflected the Great Herstory and History of Scholarship and Fundamental FÆR Process Right that has always made Franklin's University a Flag Sentinel for Liberty.

As the Chair of the Presidential Commission on Bioethics, I came into direct contact with D.C., in D.C. of course, and in the 2nd and XXXX Meeting. On July 18, J010, well before the initiation and perpetuation of this fundamentally unfair and poorly error-tested Judicial Protocol, David Clayman traveled to Washington, D.C. to attend the 1st Meeting of the Presidential Commission on Bioethics that I chaired. While at that Meeting, David Clayman stood during Public Q&A and asked the Commission on Bioethics the following question,

> "My name is David Clayman, and I am a current student at The University of Pennsylvania. I would like to ask what role private industry or government may play to provide a robust error-checking mechanism for, perhaps [i.e. for example --ed], DIY Bioenthusiasts prior to the introduction of tools at such cheap prices that problems may arise."

> Dr. Drew Endy: Do you have some specific suggestions?

> "I think to the analogy of the software development calmunity.ss which developed very robust mechanisms for error-checking and error-handling prior to the facilitation of the distribution of software development tools of great power and flexibility and ease that amateurs could use."

> Dr. Drew Endy: Great. Thank you. I think private industry has had some initial success in the screening of the gene sequences going into the synthesis process. It's not the solution to all our biosecurity problems, but it's an example of where leadership with the technology allows you to get a little bit ahead of the curve. If you want to search for examples from other technology developments, the Moses facility that powered the microprocessor revolution in part is a wonderful thing to think about. So this is the facility that coordinates access to silicon wafer fabrication, and it defines the standards of designing chips and placing orders it then places the orders that come in from a very diverse set of calmunities, including individuals, gets the chips built, and then redistributes them. And so, if a combination of public and private, public-private partnership basically could provide this sort of node, you might be able to complement what individuals could do with a strengthening of calmunity, and governance, and best practices, through clearing houses basically, that provide access to the technologies in a way that biases them to be used for overwhelmingly constructive purposes.

> Dr. Gutmann: I am aware of the clock, and we are in danger of running over, we have another very important session, but before we close, we are going to take a

*10 minute break, reconvene in ten minutes, I just want on behalf of all of Us on the Commission to thank Drew (Endy), Bonnie (Bassler, expert on quorum sensing, bacterial calmunification, and bacterial calmunity), and Rob ( for a truly great beginning [a truly great Genesis].*

*In the Course of this Experience, Clayman discovered or designed many error-checking mechanisms that can help all Universities prevent recurrances of this sort of injustice. As an Institution, The University of Pennsylvania commits to form a Student Bill of Rights that reflects the Bill of Rights that Our students were taught in public high school, with any discrepencies highlighted and consented to on a line-by-line basis before Student Admission, so that Students are not surprised to find themselves in a JUSTice[21] zone that is a mixture of Adversarial and Inquisitorial that they cannot understand or begin to navigate Pro Se. We hope to make this Bill of Rights a Standard for Universities with Diverse Student Bodies (Di/verse.ities), with "Student Bill of Rights" versioned and released in a manner similar to the Creative Commons Licenses, with the aim of reducing the hodge-podge mess of Institutional Variations on JUStice within the Ivy League and Beyond, and preventing a common site for Student Process Rights to Congeal.*

*As an Institution, We will investigate and validate many of the Preventive and Corrective Theses that emerged as a result of this Institutional Construction of Reality that Clayman lived through, and is now gifting back through the Kohlberg Commons to the United IRBs. We will develop and drive forward survival prevention through Inverted Aging, encouraging our Calmunity to identify with Years Young, Century-Computed rather than Years Old. A student suffering from survival testing will, for the first time, be forced to confront the total reality of the 75+ Years Remaining (83 – 70) in their Century Assured Will. It is a hard thing to admit to, but roughly 1 in 10 students are reported to be reflecting on their survival at any one time at The University of Pennsylvania. David Clayman was, notably, named after David Nathan, one such Survival Failure at Oberlin College in J1975. H/er experience affords h/er with unique insight into the momentary and momentous drive-chains that lead to survival tests, including those of canaries. Peer Diverseities show similar rates of survival / meaning ideation. Ædam Clayman, the Survivor, says that David Clayman, the Survival Tester and Canary, would have been much more resilient to Sustained Stigma and Institutional (and Personal[22]) ill-logic, and would not have proactively lost h/er life on Route 76 and thereafter, if h/er age had been singly expressed or psychoactively double-coded as 75 Years Young rather than 25 Years Old, and We have reason to believe Other Students, Staff, and Faculty suffering from career or other forms of desperation, whether Institutionalized or otherwise, may benefit from understanding life in the context of a Longer Time Horizon on Service, with Sociological Optimism and Resilience woven deep into the langauges We use at Our University.*

*We accept the Existence Logic of Student-Candidate-Destruction-Tagging and Ethically-Driven Apoptosis. We will fully review the Case, and will review what would have been said and admitted to the Public by Our Officers had Clayman been buried on or around April 18 (4LIFE) J011. If Clayman requests it, We will engauge our Former Employees in drafting a Eulogy to David Clayman that is expressive of the true circumstances at the Time of H/er Death, including the State of Knowledge s/he was permitted to have,*

---

[21] "Just Use of Standard Time, In Case of Emergency" (JUSTice).
[22] Face-saving admission. Will require time to work out the mix in direct, forthright Q.A. Life Measures with Pease and Penn, in conditions that produce honest responses from all.

*and the fracture in what was described of the relation between Clayman and Pease. It is not evident that the relevant details of the Case would have surfaced in explaining the Death by any mechanism other than falling prey to the Fundamental Attribution Error of genetic ill logic, and We will put into place truth-finding processes in the event of another Survival Failure that will secure, if it is wanted, a full and complete review of the mechanisms that brought a Student to the point of recognizing or understanding themselves to be tagged interminably for destruction and apoptotic self-termination.*

*This Case bears similarities to others at other Diverseities, like that of MIT Student Aaron Hillel Swarz. We Hh|ope that in working with Clayman, We can root out the origins of survival test failure that underlie the loss of policy canaries and others who suffer from illiberal regimes, and find more harmless and less toxic side reactions to promote, such as Flag Sentinel Supervised Flag Burning, to afford innocentests and others suffering stigmatization in violation of foundational human and civic rights an Honorable Protocol from which to "mark-up" an Institution as a Zone of Ill-liberty. We accept Clayman's speculative suggestion that Swarz would have contacted and triggered Flag Sentinal Flag Burning Ritual at MIT, were the option available to h|er. Tyler Clementi might have survived at Rutgers through a Matured Version of Flag-Burning "Sentinel Event" Sentinel Ritual. These Theses are worth testing, and in advance of a flag burning, the Sentinel Alert protocol may itself rapidly bring Institutions into a complete awareness of themselves that their own salaried Agents may not be conditioned or be in a position to describe.*

*Much of the work of dissertive scholarship that leads to paradigm shifts in treatment take place while in prolonged isolation from other, more common and conventional descriptions of reality. Our Ph.D. students, as with any Ph.D. students, go through a period of cognitive re:speciation as they reach the limits of their respective fields. Clayman, as an outcome of this rare set of circumstances, developed Theses as wide-ranging as Hh Sign Langauge to the Hippocratic Hand models of contact precaution, the Salaam Soldier "Minimally Invasive Medical Procedure" Military, the Equilibria Expressions of LANgauge, the artful expressions of C.A.L.M. as a measurable and micro-scale corrective alternative to Peace, (Herstory History), and h|er rather useful and unexpected response to the "It's On Us" challenge—the filing of a Practical Provisional Patent on Sexual Assault Prevention Operations, with this novel category of αpe events, and the emphatic defense of calmunity wide sagewords, as foundational, context-dependent safety protocol, outstripping the contextuality of the word "Stop" by leagues. Vmonth, emergent from the Unicode for "Logical Overlapping And, Or", is of interest in providing an interfaith interface for Safe, Branching Romance associated with Valiant's Day, pointing toward Vmonth Engaugement Diverseity Calendaring. Many of Our Graduates find satisfying Marriages with one another; it's sensible to add rich context and support to the search here within the Diverseity, where the Wisdom can Recommend (and Forfend) Fixups, and Family Formation can be richly studied. This pattern of Valiant's Day leading into Vmonth Engaugement might be useful in the Organization of the Diverseity, as our Students' Choice of Partner is often complex, complicated, or highly restricted, in ways the outer world may not understand, and in ways that our Students are not generally trained or afforded interfaces to communicate to each other. We accept Clayman's contention that s|he would have been among those to have signed up for an alternative Valiant Day Fix-up, and h|er contention that Valiant's Day Regard Authentication and Gift-giving would have been routed through the Diverseity, if only We had made it safe for h|er to do so, and thereby facilitate the Elimination of Perplexity and the Honorable Resignation s|he sought. We teach our Students to have an attention to detail that can scare normal people. It is unfair of Us to expect that the diverse attitudes and beliefs that We cultivate on campus will*

always be romantically decidable without any provision of mediation or match-branching, as Vmonth Branch Romance and the "Divert Me!" Form Delivery make possible. Ædam should not have been tagged for destruction by Us simply for asking Pease for an Adequate "Divert Me!" Release, following the exchanges they had shared. We will work to design and release an adaptive "Divert Me!" Form for romantics everywhere, one that builds Calmunity Search Parties rather than Atomizing the fabric of society.

Some of these expressions, in Standard English, Delta Dialects, and in Translations, can form rather critical Pediatric and Adult Countermeasures in both medicine and law to the actual threats that Our whole species faces, both in foundational Hh body langauges and as remixed and improved in i18n to local langauges and dialects.

We wish, as an Institution, to provide these concepts, Fundamental and Periodic as they are, with a Hh|ome where they can be tested to critical failure or complementary flourishing, and should Clayman accept Our offer to merge h|er lifesavers.io world with Ours in Philadelphia, We will keep h|er actively engauged in finding and applying fundamental solutions to difficult, age-old biological and social-institutional problems, including breakdowns of the Body and the Body of Our Polis, as they relate to and determine health.

It comes as no surprise to Us, considering h|er h|erstory with RoadFocus and h|er studies of the Classics, that s|he builds just cities of speech with Google X catalytic, act.-energy-lowering dynamics, as We see in this mixed Pantomime, Vmonth strategy of defeating Collegiate Corpsing | Smoking. H|er thought requires a PERMAnent Hh|ome in Diversecity Heights, and further idea-suction and development in a think tank. □Ü□□⊠7/20/2015

Ostracism reversed, on Order of the President, on Behalf of the Trustees of The University of Pennsylvania. Maintenance in Prytaneum of Æ for Our Wrongful, Interminable Prying and h|er Promise of Ongoing Service as a Calmunity Peer Educator and Institutional Gadfly, on Extended Program of Calmunity ReframeAr[18] Studies at all Scales, in advance and in anticipation of the 250th Anniversary of the United | States in J026. Decision forked, ranched, and issued in B|essed, v0.8.

the complaint that had been brought to us critical evidence from h|er view. with a the burden of cataloging detailing a classical and romantic friendship h|er own memory for period of time that stretched for six months from September J010 to February J011 to that was

## 6.2  RELATED MATERIAL RELIEF TERMS

The Court | The Jury will be able to observe from this pleading the makings of a half-baked and incomplete legomedical and medicolegal neural etching, linked to a deep religious and religiously civic series of religious belief in Kohlberg Level 3.6 "lifesavers.io" work reinforced since birth from within the Jewish Branch Religion. The Plaintiff needs to complete training in medicine to be a wholly effective lifesaver, but because of The University of Pennsylvania's interferences in the course of Medical School Admissions in J011, J012, and beyond, there is no longer an adequate forum where The Plaintiff's

Medical School Application can be read without prejudice, and in a timely and expeditious fashion for Entry into Medical or Law School for Autumn / Fall Semester of J015. The Medical School Admissions process can take two years to complete, assuming the ever-present threat of a "Pivot and Reapply Year", and will almost certainly end in an opaque wave of residual and aggravated prejudice, if left to the traditional market, as Medical Schools ask totally unfair and toxically uncalibrated questions that no other Medical Student Candidates have to face, and afford little to no evidence of the reasons for their decisions, citing Institutional Privacy Rights of their own that are inconsistent with my timely development and reindividuation in the context of the Professional Training Markets.

If the Court were only to compel The University of Pennsylvania to take responsibility for reversing the Olson "Mandatory Report", as well as the later release, without warning, and possibly with OSC interferences, of a clueless (for lack of cross-ex or Pease-Jouille Paired Defense Witness Testimony), buried, and, i argue, Contract-breaching Hearing Panel-Invented Charge which no one associated with the Defense was Notified, through Appropriate Notice, to help me guard myself from[23],

---

[23] My f(other), without any support from me, went out on h|er own very wrong line of emotionally charged reasoning trying, as any f(other) would, to defend me, without taking care to understand the Prisoner's Dilemma that I had been thrown in as a Better explanation of the ill logic that led to my Death than the very wrong LiTHIUM theory. My f(other) seemed to think that claiming family and child weakness was the way to win release from Penn, rather than representing me honorably, as honorable, with the associated greater cognitive burden of learning the many disparate fields of academic endeavor that explained how to react to these scenarios properly. H|er speech proceeded in a way that was blithely untroubled by its divergence from the reality of h|er sun's careful consultation of h|er wife on the question of whether the gift of a beta crystal v0.7 (the genuine, authentic, sincere chocolate) was wise or not, a consultation that as far as I know, Pease still knows nothing of, because s|he refused to give me any time to express it, cutting me off shortly after "hello", before any meaningful exchange over the chemistry of beta crystallization in chocolate could occur. To argue that my behavior was unusual and annoying, but not harassment, was a foolish line of argument that i had previously told h|er not to take, but that s|he insisted on developing and delivering in isolation, as s|he was isolated from me during the Hearing under the Rules of the Charter. Trained as a Prosecutor, not as a Defense Advocate, as far as i'm concerned h|er speech was a betrayal of our Family's Jewish values, including the Fundamental Apology Rite, and more advantageous to Kris Olson than to me, and rather orthogonal to the Proceedings, and was an uncontrolled detonation of meaning. S|he's my f(other); i could not bring h|er to dishonor without knowing in advance that life and death were at stake over the question. In remembering h|er (my f(other)'s) bizarre definition of harassment as something strictly more extreme, somehow, than the word "tormenting", i can not help but be reduced to speechlessness. S|he can not be blamed or held in dishonor or disrepute for making this argument in the sincere belief that it would help in my release, but s|he failed to understand that a dishonorable discharge was grossly insufficient, and that i would not hide a hidden charge from Admissions Committees who would have a very reasonable right to know and weigh either of these claims against other propositions associated with good character ethic, when left Unresolved or Standing as an Institutionally-Rendered "Factual" Claim of a Normative Proposition. He might have effected a Release on h|er terms, in modes adequate to merchants, but not on terms adequate to Hippocratics.
The Panel and Kris Olson can and must be blamed for continuing the character assault against me, particularly in the total absence of questioning or testimony from the Complainant, and in the absence of the Complainant as a privately-accessible branching inter.face for the Organization of a Structured Response, Decision Space, and Affordable Mem. Restoration and Decryption to all the claims that were misleadingly abstracted from the misleading complaint messages in the first place. Furthermore, Kris Olson can not claim an easement from my f(other) on smearing me after the Hearing Panel had cleared me of all charges, and the Hearing Panel can not claim an easement on inventing or insisting on some form of a Secondary or Minor Charge and burying it, like a bomb, in the form of a "Finding of Fact", as a concession of some sort to my F(other), as Olson would have You believe. If they, if the Instiution, wished to do so, they would have and should have granted me a second Charge Letter | an Appellate Hearing, where my F(other) would not, in isolation, plan out and pursue a line of logic that a few minutes

and stating that the Plaintiff "should not report Institutional Action"

Another time, I can write or speak at length about the complex chain of events that led to me first adopting the naïve belief in the rapid mechanization of the medical workforce (Kurzweil's *Engines of Creation* was more convincing to my Po [84yo] self than the *Bureau of Labor Statistic* Trends and Reports... right and wrong now, with Watson AI, which is predicted to diagnostically dominate most students in Entering Medical Classes, for a long while), then later revisiting medicine's elimination from the career choice matrix, reversing my decision on the merits after months of cautious study, and dedicating my life to the altarations that accompany medical etching, on a new and more accurate model of technical, tactile, technocrat competence learnt through.thru (ssJ016) a close reading of

---

of time with me focused on the question of whether I had done anything wrong, in the context of my consultation of h|er wife, my m(other), on the question of the justice and conscientious care associated with the beta crystal 0.7 gift day after Valiant's Day, (genuine, authentic, sincere, in response to the "Your Love is Bull" allegation) would have eliminated. In any case, both these actions are absolutely not permitted, and complete misconduct, under the *Fellheimer* logic, which establishes that Penn and I had a contract that Penn was obligated to follow, in which I would be afforded with an opportunity to defeat Institutional Devastation, rather than be subjected to a Witch Trial (if "Held Responsible", Responsible; if "Not Responsible", s|he "should have been"). Either i was responsible for behavior lacking in judgment or I was not. The Hearing Panel, the Office of Student Conduct, and The University of Pennsylvania can not cultivate indeterminacy, or sustain one arm (the Executive) destroying the other arm's (the Judicial) Authority on unhandled and unbridled "jury nullification" and "panel misconduct" claims.

What is most temerious about this whole Proceeding is that the whole question of Responsibility on the invented charge of "annoying, unusual, and lacking in judgment" (a Charge and Claim that reprehensibly carries the gravity of mimicking the US Constitution's Definition of Impermissable ["Cruel and Unusual"] Torture} was not conclusively decideable strictly from the Hearing, as procedurally conducted, i argue, because Kris Olson (who fooled the DHO into a belief of Complainant Prerogative) set the vast bulk of unlockable actual and tonal evidence aside in denying me the right to cross-examine Pease, or require h|er to testify, to level-set on h|er altruism and honesty values and refresh h|er memory for the provision of a more holistic account. It's my belief that Kris Olson interfered in allowing Kensey Pease to testify because, at the time, Kris Olson understood h|erself to be facing a parent trained with the tools of defense law critical of the Institution for having caused an unnecessary survival | meaning failure by operating well outside of the warrant granted to them by the Innocenter, the Complainant, and insisting on dictatorial telephone games instead of doing the investigation work Kris Olson had promised to do. For Olson, denying me the ability of questioning Pease myself or through an interpreter was commensurate to keeping h|er position at Penn; nothing could have been more clear. The strategy was "divide and conquer"... so long as Pease was not present, Associate Director Olson was free to intimate anything s|he wished about the warrant given to h|er by Pease, including outrageously illogical langauge that would have broken Pease in half with cognitive dissonance to pronounce. It's my remaining belief that Kris had gone so far out of any warrant that Pease was far more naturally allied here with me than with the University, and would have turned on Kris and the University's Management of the Case as extremely toxic. Kris may have alternatively been endeavoring to protect Kensey from a Dishonesty Charge without even attempting to coordinate the leniency guarantee on prior false witness statements with me that I had asked my Advisor, Karen Kille, to secure for h|er in advance of the Hearing. That's especially egregious, in the sense that it represents non-stop sexual discrimination, and a "free-for-all" on girls (i.e. b|essed boys) wrecking b|essed girls careers as a massively explosive mode of alternative aggression, at biomass quotients that no reasonable human being would, aforethought, even in a situation of, well, emotion, agree to force a peer to sustain.  In my case, Pease exposed me to the biomass of every Medical Admissions Committee in my known world, and was never informed of, or was lied to (i must assume – it would be severely disappointing to learn that s|he sustained h|er frag complaints without review or at least partial retraction knowingly without constant Institutional Interferences in the forms of claims of appropriate Institutional Care and Institutional Disclosure Ethics), about the Disclosures h|er unresolved claims were forcing.

Matthew Crawford's brilliant *Shopcraft as Soulcraft*, as first motivated and focused on the differential impact of medical access and medical gatekeepers thru (ssJ016) Dr. Kass's group reading of Barbusse's *The 11th* [24].

# 7  RELEVENT CULTURAL MEDIA

## 7.1  MUSIC

"Somebody That I Used To Know", Gotye

How is a stranger treated?

Is that how they should be treated by a Hippocratic?

What caused this hang-up?

How could it have been averted and prevented sensibly by each?

How could it have been averted and prevented sensibly by Penn?

Was it wise for Clayman to ask Pease for a sageword?

Was it wise for Pease to say "Bullshit" in response to "I love You"?

Did Pease ask for an end to contact, or is s|he back.ratting?

Was it wise for Pease to bring complaint about Clayman?

Suppose Pease determines Clayman's mind to be incompatible with h|er own, and a distractant. How could Pease have rejected contact with a prosocial and helpful stranger without the "Facebook Defriend" Facilitation, on the same walkway, and the same path, from the same general startpoint, to the same destination, again and again, without living knowledge of and capability with the oral defriend protocol?

Was it wise for Pease to bring complaint about Clayman?

Suppose Pease was the one who turned down Clayman's suggestion of a sageword.

Was it in fact considerate for Pease to bring complaint about Clayman, before talking about what s|he's

---

[24] So, this may be the most awe-inducing sentence I've ever composed, as it spilled from my hands before it was consciously generated, and it would be meaningful for You to understand why. There were three main reasons I chose The University of Chicago over Columbia University and swam upstream against the 80:20 current when still but a boy. First, *Zen and the Art of Motorcycle Maintenance*, a work that I read early after my elder sister's first visit to UofC's campus, a work that Robert Pirsig wrote to overcome a nervous breakdown s|he sustained as a result of h|er discipleship to Mckeon. The other was Dr. Kass's role and identity as the Chair of the Presidential Commission on Bioethics, which remains, to me, the central site of U|S HhAÆJ Jewish ethics, second only to the Work of the Supreme Court. i will always be a disciple of the Presidential Commission on Bioethics, by deeply inlaid Constitutional default: it's one of the only Constituted Bodies that is guaranteed to focus on and amplify *pikuach nefesh* (the lifesaver imperative) through the Generations, brokering the limits and agreements associated with the perfect-ability of medical craft technology that could alter (or altar) what it is for Our descendents to live free (and then, at some natural point, and in a noble manner, die, to make room for the Generations and Possibilities to come). There is a limit to the lifesaver imperative: We are not immortal, and i should hope, never will be. The PCBE is the Body that delivers guidance on these questions, both in the moment and at the limit. The Decisions of the PCBE, for me, rank at practically the level of character and force as the Supreme Court, and I would, if I could, for instance, reorganize the military and other violent branches of Government under the Ethics and Ethical Principles of the PCBE. Aside from the philosophy, the unanticipated parallelism in this sentence is so elegant it greatly surprised me in its emergence, and its recognition led to a strange feeling, wherein my conscious self recognizes a competency in my subconscious composition that my conscious composition seems to lack.

perceiving with Clayman, and detailing h|er distancing protocol and request? (These args go on and on, and terminate with the development of Faer Standardized Breakup Contracts (actually, "Divert Me!" Forms with reasonable T&C Optionalities, defined in Standard International Units… not vague and globally intimidating prescriptions to "Stay Away" without reviewing the evidence and accepting Our space overlap and the need for courteous sociality. Romance should be harmless: we don't have to keep repeating this toxic.city state of handling "stalling suspicioun" while leaving some Officer's "Notice of Complaint" undelivered, "Complaint" hidden, Career-Death Threatened, Mark of Cain Applied, and Questions of Fact unhandled. Make "Divert Me!" Forms and Breakup Contracts, on StudentBreakup.org, accessible for *amitie amoreuse* as well as *amitie; chevrusas* as well as "friends" (Facebook friends). Honestly, i should not have to vent this completely myself. These should be Diversity Calm.unity Resources developed long ago, sensibly flex-standardized, with humanistic room for interstitial growths. How many more serious toxic breakups occur each Year for lack of this, and how much does it cost Universities through their Counseling Offices? Human beings fall in all kinds of loves, and before they can get a grip on "reality", they need to be exposed to a faer counterpressure, rather than see their "reality testing" protocol systematically broken down by persons who are not immediately affected and, in truth, are at best, wreck.less. Gentle, Complementary, and Truthful "Divert Me!" Forms for each are worlds *Better*, and can be organized to help form cooperative "Search Parties" and "Search Trees" that incorporate cooperativity from previous compassionate romantic partners. Let's Social Ængineer, for Chrissakes. Whether You n-act or n-act (or n-act), Your decisions are going to be Framed by the standing wave equilibria of coded and uncoded symbols and signs. Everyone is born an Ænigineer; let the Social Ænigineer loose on these problems, under United IRBs, and romantic toxicities and "stonewall, criticism, defensiveness, and contempt" divorces like these will fall Year over Year, handled instead through interpersonal, calm conversations, bracketed by ranges of generally accepted terminal justifications and regularly improved romantic failure diagnostics on the "Divert Me!" Forms, naturally upheld as Private, to whatever "market-settling" degree. Let's Frame these "Mutual Match, Mutual Pref, Fe|Male Secretary Search" Problems *Better* for the next generations, with ℬetter Branch-wise Logic, rather than burying our heads in the sand and pretending like Clay⁵man's logic was not built, from Roots to Fruits, to STEM-ℬranch in response to any non-"Bullshit" expression of choice, h|erstory (as the Summer J010 h|erstory of "You're too formal" "Ok, give me some time" itself shows), and h|er Will, and as always, quite separately, any conscientious ƒTEAM willing to step me through their logic, rather than dictate hazardous obedience logic without sourcing it back to the Hidden H|erstory.

Did the accusation itself bind Clayman and Pease together? Clayman asserts four (splitting -- easily three, under heavy lumping) separate times when Clayman wrote Pease off, and was no longer attentive to h|er, when Pease, in one way or another, jumped back into the way, either asking for or obligating a new weigh after the Plaintiff determined h|er to be "out-of-range".

"Grenade", by Bruno Mars

"Lean On", by Major Lazer and
Do we all need at least one person to lean on?
What happens when a Major Institution believes one side of a story and does not listen to or confront the other, disallows oppositional advocates, confederates the preferred advisors, and all those we lean on—each of whom are formed of a character to be institutionally-oriented themselves—disappear?

## 7.2   READINGS / ARTICLES

### 7.2.1   "A Word On Statistics" by Wisława Szymborska

**From the Atlantic Monthly, Poetry Section,
May J1997**
*(translated from the Polish by Joanna Trzeciak)*

Go to:
An Audible Anthology
Poetry Pages

Out of every hundred people,

those who always know better:
fifty-two.

Unsure of every step:
almost all the rest.

Ready to help,
if it doesn't take long:
forty-nine.

Always good,
because they cannot be otherwise:
four -- well, maybe five.

Able to admire without envy:
eighteen.

Led to error
by youth (which passes):
sixty, plus or minus.

Those not to be messed with:
four-and-forty.

Living in constant fear
of someone or something:
seventy-seven.

Capable of happiness:
twenty-some-odd at most.

Harmless alone,
turning savage in crowds:

more than half, for sure.

Cruel
when forced by circumstances:
it's better not to know,
not even approximately.

Wise in hindsight:
not many more
than wise in foresight.

Getting nothing out of life except things:
thirty
(though I would like to be wrong).

Balled up in pain
and without a flashlight in the dark:
eighty-three, sooner or later.

Those who are just:
quite a few, thirty-five.

But if it takes effort to understand:
three.

Worthy of empathy:
ninety-nine.

Mortal:
one hundred out of one hundred --
a figure that has never varied yet.

If the state is mutually exclusive, is it *Better* to always know better, or to be unsure of every step?
What does it mean to be JUST[25]?
How do we raise the number from 35 to 36?
From 36 to 54?
How many are ready to help, if help takes time? Is this, in fact, different than that which is Just? Is this commitment of time that what defines the cut of the just from 49 (those ready to help, if it does not take long) to 35 (those who are just, when it does not take effort to understand)?
Why are only three (3) said to be Just if that which is Just takes time to understand?
Why are human beings harmless alone, but savage in crowds?
Can this dynamic described of crowd savagery be reversed by the three most patient survivors in the cutting process toward the just?

---

[25] Just Use of Standard Time.

Why are so few capable of happiness?

Is there anything more important than happiness or comfort to Us?

How is calmfort different from comfort?

If these numbers remain unchanged at 3 pore, is the sample size for each and every Jury large enough to pore over these questions of Justice, if only 12 are selected at a time from the calmunity?

How can we know if We have enough on hand willing to expend the effort to understand?

How do We find and deliver flashlights to those "[b]alled up in pain...without even a flashlight in the dark"? Does it not require model systems for study?

Is the General Case the same as the Pre.sent Case, with (Peer ⇌ Institution → Peer) inertial occlusion models?

Do the Contracts Students agree to on entry, in practical æconomica shrinkwrap, have an overbearing effect on the conditions for and the count of the just?

On a personal level, why was the Plaintiff, Clayman, refused more than one day to go over the case, giving students, professors, and critically, it seems, h|er Prosecutor, ‡Kris Olson, more time to understand how wrongheaded the Prosecution was? To what extent were ‡K.O.'s confusions Post-Hearing self-inflicted, as arising from self-imposed restrictions on the length of time s|he would have to go over the evidence i produced for what i expected to be a multiple-day Ethics Review? Where did Clayman agree, on entry to the University of Pennsylvania, to "One Day Or Less" Hearing Panels? Who in this Pre.sent.ed Experience is | was not worthy of the consideration required to reach empathy? Knowing that Clayman had memorized this Poem ("A Word on Statistics") well before receiving Notice, and had even shared this one with Kensey for reflection in the Summer without disagreement, does the unwritten and imposed "One Day Requirement" break the Settlement of Contract Expectations described by Szymborska? [Note: The *Presidential Commission on Bioethics* Panels are almost always longer.]

Can We have empathy for a person, but not the "institutionalized n-actor" role they are required to play? Can We, do We hold steady at ninety-nine as worthy of empathy? If not, what do We do with Our Institutions, as they weave and then paint the tapestry of roles of institutionalized n-actors? How do We restore the tapestry, as defects become evident, and share the standard craft?

What will it take to reach one hundred out of one hundred mortality not before our count-up reaches one hundred?

### 7.2.2   "The Apology" and "Crito", Socrates | Plato

**What do We make of the old accusation of corrupting the youth, failing to honor the old G-ds (Institutions that refuse the Apology needs of traditional Jews), and making new G-ds (new religious branches, and improved, civic religion models of the faith tree)?**
**Was Socrates right or wrong to resist h|er [wrongful] framing by counterproposing with maintenance in the Prytaneum, in exchange for the work of a gadfly?**
**Was Athens right or wrong to put Socrates to death?**
**Do We owe a duty to Our calmunities to keep the horse of state, the horse that represents in this case the Academy model borne through the Death of Socrates, from sleeping through an unjust n-JUSTice?**
**Were Socrates alive today, would s|he have been accused or charged by the Society of the Academy with harassment?**
**How would a younger Socrates have defended h|erself alone, without the company of friends and trained advocates?**
**Before being being (a) given true knowledge of the existence of a complaint, and (b) in the midst of discouragement by K.O. from reading the *Charter* that would have described to h|er alternative *Appeals* protocols and evidenciary access rites, did Clayman, forced into *pro se* by a Confederated Advisor System, take h|er apparent, 49-days of FERPA Rights Occlusion[26] and enforced Institutional Notice of Belief in "September Smear excessive gift harassment" from all medical schools wisely? Did s|he take the hemlock?**

---

[26] Lawyers for Penn may argue that they did not occlude my FERPA Rights. Their argument will be that a FERPA Rights Notice written abstractly and in legalese, outside the context of a disciplinary proceeding or any other human use narrative, was available buried or prefaced somewhere as minimally legally required by the United | States Department of Education, as mandated by the Family Educational Rights and Privacy Act, as amended. i can make this blow-hard argument for Penn Lawyers in my sleep. Survey 100 students at Penn, and i doubt that even 3 will be able to tell You about FERPA or the Fundamental Access Right to each student's educational and disciplinary record that the FERPA grants. Why the DOE does not specify a strict means of confirming student engaugement and learning of their FERPA Rights is absolutely beyond me: this is education—student comprehension of student rights can be tested, and if Universities fail the test of teaching their students about the rights they have, and the rights they would have in a Public University that they have been stripped of in a Private University, the Institution can be assessed penalties until students know the Contracts they are entering into and the Fundamental Rights that they (do | do not) carry. Penn Lawyers will thereby work to offshore responsibility for notifying me of my FERPA Rights, claiming that including iti in legalese without a use narrative somewhere near the unread Copyright Notice of the Course Schedule, when it was not as salient to me as when a Disciplinary Record is being constructed and files are being made to arrest my career, was sufficient. i ask, what of the Miranda logics? Why am i not, as a Student, entitled to hear a reading of my rights when my future self, my will.ed self, is arrested by an Institution on a putative accusation? What prevents Us from holding the Institution responsible for having failed to recognize and adapt to this gap with all prior cases they faced? What do We make of the deliberate dance they made around the existence of a complaint I could read and see before survival testing? But as to the *Charter*, the reading of which stands as a separate issue from *FERPA*, i would simply say that i am a reader, and an honest reader and writer (i should wish—this cannot be self-ascribed without decompensating the maintenance of the trait, and must constantly be held under self-doubt) and a deep reader and writer at that. The very first day i became aware of the *Charter* as a document that I should read is well-documented, and i immediately sent my first rather sharp written complementary critique of the OSC on that day (previously, as with KP, i had been reliant on the more empathic mode of oral relay, with its greater range of tonality, as described by the *Epley* body of research—one of the

causes of "evidence base-volume" tilt, one of the better absolute arguments against the DOE's trend toward "preponderance" burdens, as "preponderance" burdens in head-to-head peer contests for justice tend to favor cynical, litigious, less empathic, and more media savvy contenders, particularly those advised by family or lawyers or past experience to generally generate documentary records, bifurcating and biasing justice against those who call to breakup and eradicate the remnants of their photographs and other memories and those who write ineradicable screeds in the course of a break-up. Justice should not be a coin-flip determined by the permanence of Your media platform choice.)

**Back to the main point at hand....**

(Please remember.... "digressive speech pattern" (Dr. Garg), "PTSD" SOAP Note (Dr. Garg), "Pro Se" Status (evident), no *Legal Writing* Courses and Judicially-Enforced Course Pressures (evident) under my belt, a Massive *Undertaking* to Explain (evident, by now), and "Rule 15 Limited Emendation Count of the Internal Organization of this Pleading" (studied on J015-07M-15D)... so please, please do not accuse me, Your Honor, of having an insufficiently organized pleading. Will re:organize further on request, if granted the guidance and im|patient pressure that a 1L or 2L would receive, and the right to file something that meets Your organizational requirements, with a training library to become accustomed to the writing conventions and composition risk frontiers {variations, selections, inheritances} of the field. i will learn, and will adhere, but it would be difficult to throw a digressive conomic Gideon back into jail for having written her case digressively):

When given a critical document or contract and told to read it, i read it from front to end, with great care. My Undergraduate Concentration could be summarized as "Careful Reading and Interpretation of Long, Longer, and Longest Texts". i was very specifically and very emphatically discouraged from reading the *Charter of the Disciplinary System of the University of Pennsylvania* by Kris Olson

**7.2.3**  "The Hippocratic Oath" and "The Modern Hippocratic Oath", Hippocrates and Louis Cesare Lasagna

*Ancient*

**How do We revere Our Masters, when Our Masters accuse Us of wrongdoing? How do We show reverence when that accusation occurs wrongly?**

**What gift.ed ties remain that bind Pupil to Masters?**

**What does it mean to arrange for the healing for a person (Pease or Clayman, the Conjoint, or both) who suffer from ill logic, selfishly expressed memory, or a perception of "excess gifts and attention", when that healing is forced to route through an Institutional Office that cannot or will not guarantee "no hurt and damage" to the counterpart, and the patients that they someday will deliver differentially Better systematic care for if permitted free and complete ethical release.**

**What does it mean, in a situation where an accusation is undecidable, unfalsifiable, tautological, epistemologically, or ontologically complex, and Academic Dishonesty Charges might arise from a claim of falsification, falsehood, or relational fraudulence, to suffer through a situation where one is under a strict injunction to refuse any "entreaty...to administer [career] poison to anyone; neither .... counsel any wo|man to do so"?**

**What is required to be sure that i "willingly refrain from doing any injury or wrong from falsehood"?**

**What does it mean to, in the observation of this Oath, in the course of practice, to not disclose what "i may see or hear...whatever I may obtain knowledge of, if it not be proper to repeat it"? What of my memories of Pease and Penn must i "keep sacred and secret within my own breast", as Pease and Penn coordinate reprovals on a selfish memory of Our encounters up to the degree of stripping life of its meaning, and establishing sustained Institutionally Constructed and Enforced un-FÆR "Graduate Admissions Hazardous Material (Hazmat) Labelling", an Apoptotic Death Signal as severe, to any properly-sensitized Graduate Admissions Committees or Bodies Public, as the Stigmatic Marks of Her.man Cain?**

**In my β crystal 0.7 state, in what sense and in what domains of practice was Pease my Master? Did i carry a duty to revere h|im (Standard: her)?  In my pupil state, in what sense was OSC my Master? To what point did i carry a duty to ensure that ?**

**If Pease did not love me, if s|he did not care for me or my branchable Will [Standard: future], or even wish to educate me, why did s|he not let me go? Why the complaint, written in such a way to all but bind us permanently together? Why a formal process that could only be decided formally, for a person whom s|he knew was a formal decision agent?**

**What duty did the University carry in reacting to and receiving a diagnosis of "lonel[iness]" from a student of a peer? Why was h|er "loneliness", on the basis of the well-known *Cacioppo* research, not treated properly? Why was the complaint and the associated Mark of Cain used to drive even more aggravated loneliness, rather than encouragement to find and rely on a different girl friend and *confidante* more loyal and less testy, more tolerant of this quite natural expression of beta submissive, crystallized post-Valiant's Day**

**Franklin-like *amitie amoreuse*?**
**At what point does a Pupil injured by their Master have a duty to correct their Master?**
**What mechanisms will secure the Master's Ongoing Commitment to Lasting Course Correction, and better treatment of Oath.ed Pupils?**
**Did Penn or Pease uphold their ends of the Ancient Hippocratic Oath? (In faerness, did Clayman?)**
**How did the Hippocratic Oath affect Clayman in h|er defense from Penn's oversteps?**

*Modern*
What should a harmless actor do when denied knowledge of critical information, when any defense motion, in any direction, could knock another lifesaver pathbreaker conclusively and irreversibly out of medical academy admission, with the same prejudice that the Innocentest is experiencing?
Why could the University not say, "I know not", and call in the memory skills of another (Kensey Erin Pease) to effect the full recovery of self- and social-knowledge for both patient|providertraining-students (David Clayman and Kensey Erin Pease)?
Why did Penn not tread carefully in this matter of complainant-initiated mutual entrapment of medical admissions, which are, necessarily, a matter of life and dea
Why were Pease and Clayman not both encouraged to model and achieve the empathic mutual understanding that the Office of Student Conduct promised in its educational charter? What about this deadly process met the promise in the Office of Student Conduct's self-description of being an educational organ of the University for each affected student? Can an injury or contract breach by a University be explained, ex post facto, as "education" delivery?
Did Penn, Pease, Clayman, or involved Legal and Medical Institutions fall into the twin traps of overtreatment or therapeutic nihilism?
Did Penn or Pease uphold their end of the Modern Hippocratic Oath? (In færness, did Clayman?)
How did the Hippocratic Oath affect Clayman in h|er defense from Penn's oversteps?

### 7.2.4   The Shadow University: The Betrayal of Liberty on University Campuses
Should Penn Officers carry any "gravitas" or "weight of credibility" greater than that of a Logical Plaintiff?
When Institutional Logic bodes Ill, how is the Ill Logic to be reversed in advance of tagged-student apoptosis (PSD; Programmed Student Death)?

ædam clayman

# 8  CALM KB SYMBOL SET

*Æ, Æ, æ, Å, ‡,*

HhÅÆJ ✿
▨

Protégé:
Basically a Summary Judgment En.coded in a Single Word on the Original Case re: Excess Gifts and
Attention Madness, summed up in the following one line statement:
**"i was more h|er protégé than s|he was mine."**
The reverse case, in testimony, may even altar KP's understanding of h|erself. S|he might lack the
romantic langauge roots from espagnol, but I can check that, and supplement with francais if necessary.
Reverses nearly all, and possibly all, K.O.'s logic in one sat.is.factory summary sentence, and establishes,
in declarative form, my resultant obligations, particularly as starved of knowledge of and access to the
Complaint.