# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

Clay⁵man, Æ dam Đavid

vs.

Trustees of The University
(•Diverseity) of Pennsylvania, et. al.

CIVIL CASE NO.  015 CV 0H¹Y³⁹0
1:15 cv 1390

JUDGE   Judge Nugent

## PRAECIPE FOR ISSUANCE

- [x] ORIGINAL SUMMONS
- [ ] ALIAS SUMMONS
- [ ] THIRD PARTY SUMMONS
- [ ] CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC
- [ ] CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT
- [ ] WRIT OF EXECUTION
- [ ] OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: J015-09J922A      By: _____

Attorney for Clay⁵man, Æ dam Đavid, Pro Se