TRANSMISSION FORM

| | |
|---|---|
| District Court<br>NORTHERN OHIO, EASTERN DIVISION, Cleveland | District Court No. 1:15cv1390<br>USCA No. 15-4206 |
| **CAPTION** | **CURRENT COUNSEL FOR PLAINTIFF**<br>NAME: Adam David Clayman<br>FIRM NAME:<br>ADDRESS: 5700 South Woodlawn Avenue<br>Chicago, IL. 60637-1603 |
| ADAM DAVID CLAYMAN<br><br>PLAINTIFF - __APPELLANT__ | TELEPHONE: 216-860-9794 |
| v. | **CURRENT COUNSEL FOR DEFENDANT**<br>NAME:<br>FIRM NAME:<br>ADDRESS: |
| UNIVERSITY OF PENNSYLVANIA, TRUSTEES<br>OF THE, et al.<br><br>DEFENDANT - __Appellees__ | TELEPHONE: |

If Habeas Corpus, Certificate of Appealability is: ( ) granted ( ) denied ( ) pending

Criminal Defendant: ( ) on bond ( ) incarcerated ( ) on probation

Fees: District Court & USCA Fee Paid: (X) yes ( ) no ( ) not required
Pauper Status: ( ) granted ( ) denied ( ) pending
Affidavit of Financial Status Filed: ( ) yes ( ) no

Counsel: ( ) appointed ( ) retained (X) pro se

District Court Judge: __Nugent__ Court Reporter: __NONE__

Any hearing or trial ( ) yes (X) no If yes, dates __

FROM __Shawn Harrigan__ DATE __NOVEMBER 2, 2015__

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____ and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___ volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this ___ day of _____, 2015. Clerk, GERI M. SMITH, U.S. District Court