Case No. 15-4206

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ADAM DAVID CLAYMAN

       Plaintiff - Appellant                                                1:15cv1390 - DCN

v.

TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA; KENSEY ERIN PEASE; DAVID WALZER

       Defendants - Appellees

   Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

     The Appellant's Brief was not filed by March 21, 2016.

   It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                            **ENTERED PURSUANT TO RULE 45(a),**
                                           **RULES OF THE SIXTH CIRCUIT**
                                           Deborah S. Hunt, Clerk

Issued:  April 12, 2016