Adam Clayman, *Pro se*
2630 S Green Road
University Heights, OH 44122-1536
(321) 252 - 9626

**FILED**

**NOV 01 2024**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

This case was dismissed on October 2, 2015, And again dismissed 4/12/14

GRANTED: _____ DENIED: ✗
IT IS SO ORDERED.

_signature_ 11/4/24
U.S. DISTRICT JUDGE

# UNITED STATES DISTRICT COURT OF OHIO NORTHERN DISTRICT

| | |
|---|---|
| Adam David Clayman,<br><br>   Plaintiff,<br>vs.<br><br>University of Pennsylvania<br>Trustees, et. al,<br>   Defendant | Case No. 1:15 CV 1390<br><br>Judge Donald C. Nugent or another<br>qualified jurist<br><br>**MOTION TO SEAL ENTIRE CASE<br>RECORD TO SECURE PRIVACY<br>AND PRIVACY RIGHTS**<br><br>**MOTION TO FILE ALL FURTHER<br>ARGUMENTS AND SUPPORTING<br>EVIDENCE EXHIBITS ON THE<br>MOTION TO SEAL EX PARTE**<br><br>**MOTION TO GRANT PRO SE<br>PLAINTIFF PERMISSION TO FILE<br>ELECTRONICALLY** |

**MOTION 1: SEEKING PERMISSION TO FILE ARGUMENTS**

**AND EVIDENCE UNDER SEAL TO SECURE REMEDIATIVE SEALING OF THE**

**ENTIRE CASE RECORD**

Comes now Plaintiff (Adam David Clayman) who hereby brings a request for permission to file a complete set of arguments and exhibits under seal in order to request that this instant filing and crucially the entire Title IX case (the initial pleading and the responsive judicial opinion dismissing the case) be sealed permanently, and ideally retroactively.

Under seal the Plaintiff is filing a more complete *Memorandum to Seal...* to support this